| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BullionDirect, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**BD; BDI; B Direct, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **76-0622534** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**700 Lavaca Street, Suite 1400**<br>**Austin, TX**<br>ZIP CODE **78701-3102** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Travis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1987**<br>**Austin, Texas**<br>ZIP CODE **78767-1987** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **See Attachment 1** | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **BullionDirect, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **BullionDirect, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *(signature)*
Signature of Attorney for Debtor(s)
**Joseph D. Martinec**
Printed Name of Attorney for Debtor(s)
**Martinec, Winn & Vickers, P.C.**
Firm Name
**919 Congress Avenue, Suite 200**
**Austin, Texas 78701-2117**
Address
**(512) 476-0750**
Telephone Number
July 20, 2015
Date
**Bar No.: 13137500**
**Fax: (512) 476-0753**
**E-mail: martinec@mwvmlaw.com**

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *(signature)*
Signature of Authorized Individual
**Dan Bensimon**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
July 20, 2015
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Attachment

**Attachment 1**
    **Online Precious Metals Dealer**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| BULLIONDIRECT, INC., | § | CASE NO. |
| Debtor-in-Possession. | § | |

## VERIFICATION OF CREDITOR MATRIX

Dan Bensimon, President of the above named Debtor, hereby verifies that the attached list of creditors is true and correct to the best of his knowledge and belief.

DATED:       July 20, 2015

BULLIONDIRECT, INC.

By:   _____
        Dan Bensimon, President

3Seventy
2224 Walsh Tarlton Lane #220
Austin, TX 78746


Amazon Web Services, Inc.
410 Terry Ave. North
Seattle, WA 98109-5210


American Express
P.O. Box 650448
Dallas, TX 75265


Bernal, Natasha
6280 McNeil Dr. #204
Austin, TX 78729


Constant Contact
85 Second Street, Ste. 100
San Francisco, CA 94105


Contegix
Attn: Billing
210 North Tucker, 6th Floor
St. Louis, MO 63101


Cressman, Douglas M.
13 Jamison Cir.
West Grove, PA 19390-9759


CubeSmart
610 E. Stassney Lane
Austin, TX 78745


Dechert, LLP
300 W. 6th St., Ste. 2010
Austin, TX 78701


Diamond State Depository, LLC d/b/a Inte
Attn: Operations Department
406 West Basin Road
New Castle, DE 19720

Dickinson, Beverly W.
8549 N. Del Mar Ave.
Fresno, CA 93711-6059


Dillon Gage
15301 Dallas Parkway, Suite 200
Addison, TX 75001


Dream Host
12235 El Camino Real, Ste. 200
San Diego, CA 92130


Efax
6922 Hollywood Blvd., 5th Floor
Los Angeles, CA 90028


Endicia
278 Castro Street
Mountain View, CA 94041-1204


Hartung, Michael K. and Lee K.
1008 Lakeshore Dr.
Abbeville, AL 36310-6856


Hootsuite Media
5 E. 8th Ave.
Vancouver, BC V5T 1R6
CANADA


Huseman, Cheryl L. & Murph, C. Jack
34 Carlyle Place
Spring, TX 77382-2589


IBM/Digital Analytics
P.O. Box 676673
Dallas, TX 75267-6673


International Depository Service
406 W. Basin Rd.
New Castle, DE 19720

Irmen, Travis
P.O. Box 2836
Cedar Park, TX 78630-2836


Junction Networks
55 Broad Street, 20th Floor
New York, NY 10004


Katyal, Vivek
6421 Indian Hills Rd.
Minneapolis, MN 55439-1160


Kount, Inc.
917 Lusk St.
Boise, ID 83706


Lang, Curtis and Jane Sherry
4464 Lone Tree Way, Ste. 707
Antioch, CA 94531-7413


Live Person
475 Tenth Avenue, 5th Floor
New York, NY 10018


McAllister, Charles H.
4301 W. William Cannon
Ste. B150 #143
Austin, TX 78749


McAllister, Norman and Maxine
2049 Locust St. #2
Quincy, IL 62301-1406


McNamara, John P. (Deceased)
c/o Shawna & Colleen Lucey
911 Venice St.
Sugar Land, TX 77478-3853


Mills, Billy
1632 Payton Falls Dr.
Austin, TX 78754-5815

```
Mills, Robert
1632 Payton Falls Dr.
Austin, TX 78754-5815
Mills, Roberta
1632 Payton Falls Dr.
Austin, TX 78754-5815
Orrell, Joyce
1632 Payton Falls Dr.
Austin, TX 78754-5815

PayPal
2211 N. First St.
San Jose, CA 95131

Phone.com
211 Warren Street
Newark, NJ 07103

Plies, Bradley
217 Camperdown Elm Dr.
Austin, TX 78748

Rackspace
9700 N. IH 35 #150
Austin, TX 78753

Rakuten Marketing LLC
215 Park Avenue South, 8th Floor
New York, NY 10003

Royal Precious Metals company
4301 W. William Cannon
Ste. B150 #143
Austin, TX 78749

Scarborough, Celeste
1632 Payton Falls Dr.
Austin, TX 78754-5815

Thomas, Blake
4421 Hank Ave.
Austin, TX 78745
```

```
Time Warner Cable
Attn: Recovery Support
3347 Platt Springs Rd.
West Columbia, SC 29170


Travelers
P.O. Box 660317
Dallas, TX 75266-0317


Travis County Tax Collector
P.O. Box 1748
Austin, TX 78767


UPS
P.O. Box 650580
Dallas, TX 75265


White, Kathy J. and Ronald D.
3919 Lake Hawkins Ln.
Richmond, TX 77406-8097


Wong, James J. and Cherry D.
907 San Marino Dr.
Sugar Land, TX 77478-3329


Zayo Colocation, Inc.
P.O. Box 209008
Dallas, TX 75320
```