B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In re   BullionDirect, Inc.,                                      Case No. _____
   _____
              Debtor
                                                                  Chapter            11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| American Express P.O. Box 650448 Dallas, TX 75265 | | Credit Card Charges | | $95,052.54 |
| Dillon Gage 15301 Dallas Parkway, Suite 200 Addison, TX 75001 | | Metals | | $60,891.26 |
| IBM/Digital Analytics P.O. Box 676673 Dallas, TX 75267-6673 | | Marketing | | $4,051.55 |
| International Depository Service 406 W. Basin Rd. New Castle, DE 19720 | | Service Charges | | $3,905.00 |
| Bernal, Natasha 6280 McNeil Dr. #204 Austin, TX 78729 | | American Express Charges | This claim is contingent. | $3,000.00 |
| Irmen, Travis P.O. Box 2836 Cedar Park, TX 78630-2836 | | American Express Charges | This claim is contingent. | $3,000.00 |

B 4 (Official Form 4) (12/07)

| Creditor | | Nature of Claim | Contingent | Amount |
|---|---|---|---|---|
| Plies, Bradley<br>217 Camperdown Elm Dr.<br>Austin, TX 78748 | | American Express Charges | This claim is contingent. | $1,000.00 |
| Thomas, Blake<br>4421 Hank Ave.<br>Austin, TX 78745 | | American Express Charges | This claim is contingent. | $300.00 |
| Rakuten Marketing LLC<br>215 Park Avenue South, 8th Floor<br>New York, NY 10003 | | Marketing | | $97.32 |
| Dechert, LLP<br>300 W. 6th St., Ste. 2010<br>Austin, TX 78701 | | Legal Services | | Unknown |
| UPS<br>P.O. Box 650580<br>Dallas, TX 75265 | | Shipping Fees | | Unknown |

Date: July 20, 2015

BullionDirect, Inc.
By: [signature]
Debtor Dan Bensimon, President

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Dan Bensimon, the president of BullionDirect, Inc. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: July 20, 2015 [signature]
Dan Bensimon, President