**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 02, 2016.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| BULLIONDIRECT, INC., | § | |
| | § | CASE NO. 15-10940-tmd |
| Debtor. | § | |

**AGREED ORDER WITHDRAWING LIMITED OBJECTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INTERIM FEE APPLICATIONS OF DEBTORS' PROFESSIONALS AND AUTHORIZING PAYMENT OF INTERIM COMPENSATION (Related Documents Nos. 124, 125 and 130)**

**CAME ON** to be heard the *First Interim Fee Application of Martinec, Winn & Vickers, P.C., Attorneys, to Allow Compensation of $124,183.26 from July 21, 2015, Through November 15, 2015* (Doc#124) filed November 19, 2015, and the *First Interim Fee Application of Unique Strategies Group, Inc., Financial Advisors, for Compensation of $81,241.90 from 07/20/2015 Through 10/31/2015* (Doc#125) filed November 19, 2015, to which a *Limited Objection by the Official Committee of Unsecured Creditors to Interim Fee Applications of Debtors' Professionals and Reply to Debtor's Motion to Convert* (Doc#130) was filed December 8, 2015, and the Court, being fully advised in the premises and the agreement of the parties, finds:

1. The compensation sought by the firm of Martinec, Winn & Vickers, P.C., attorneys for BullionDirect, Inc., Debtor in the above referenced case, is requested on an interim basis and does not seek a final determination of the allowance of such fees and reimbursement of expenses. The fees and expenses sought in Document No. 124 remain subject to the objections of creditors, parties in interest and the U. S Trustee, and the determination of the Court as to the allowance of such fees and expenses after the filing of a Final Fee Application by Applicant.

F:\BullionDirect Inc\_Billing & Fee Apps\Agreed Order-Withdrawing Objection to Interim Compensation-Final with DCS edits.docx

1

2. The compensation sought by the firm of Unique Strategies Group, Inc., Financial Advisors for the Debtor in the above referenced case, is requested on an interim basis and does not seek a final determination of the allowance of such fees and reimbursement of expenses. The fees and expenses sought in Document No. 125 remain subject to the objections of creditors, parties in interest and the U. S Trustee, and the determination of the Court as to the allowance of such fees and expenses after the filing of a Final Fee Application by Applicant.

3. Applicants estimate the fees and expenses of counsel for the Official Committee of Unsecured Creditors and of Committee members incurred during the bankruptcy case to be approximately $80,000.00 as of the submission of this Order.

4. The Applicants and the Creditors Committee previously agreed to an interim distribution, and *Agreed Order on First Interim Fee Application of Martinec, Winn & Vickers, P.C., Attorneys, for Compensation Through November 15, 2015, and First Interim Fee Application of Unique Strategies Group, Inc., Financial Advisors, for Compensation Through 10/31/2015 (Related Documents Nos. 124, 125 and 130)* (Doc#180) was entered on June 6, 2016. Martinec, Winn & Vickers, P.C. was paid $44,836.00, and Unique Strategies Group, Inc. was paid $40,050.00 pursuant to the Agreed Order,

5. In addition to the sums set forth in Doc#180, the Applicants and the Creditors Committee have agreed to disbursement of interim compensation to Martinec, Winn & Vickers, P.C. in the amount of $48,686.78, to Unique Strategies Group, Inc. in the amount of $20,860.98, reserving pro rata estimated fees and expenses of counsel for the Official Committee of Unsecured Creditors of $60,009.42.

6. Based on the foregoing, the Creditors Committee has agreed to withdraw its Objection (Doc#130)

**IT IS THEREFORE ORDERED** that the sum of $48,686.78 is approved for payment to the firm of Martinec, Winn & Vickers, P.C. on an interim basis, and the Debtor is authorized to pay said firm such amount as an administrative priority.

**IT IS FURTHER ORDERED** that the sum of $20,860.98 is approved for payment to the firm of Unique Strategies Group, Inc. on an interim basis, and the Debtor is authorized to pay said firm such amount as an administrative priority.

**IT IS FURTHER ORDERED** that the sum of $60,009.42 is reserved as pro rata estimated fees and expenses of counsel for the Official Committee of Unsecured Creditors and of Committee members, which amount shall be transferred by Debtor to The BullionDirect, Inc. Litigation Trust to be paid if approved by the Court.

# # #

APPROVED AS TO FORM:

| | |
|---|---|
| MARTINEC, WINN & VICKERS, P.C.<br>919 Congress Avenue, Suite 200<br>Austin, TX 78701-2117<br>(512) 476-0750/FAX (512) 476-0753<br>martinec@mwvmlaw.com | DYKEMA COX SMITH<br>111 Congress Avenue, Suite 1800<br>Austin, TX 78701<br>(512) 703-6325/FAX (512) 703-6399<br>jmoore@dykema.com |
| By: /s/ Joseph D. Martinec<br>    Joseph D. Martinec<br>    State Bar No. 13137500<br>ATTORNEYS FOR DEBTOR | By: /s/ Jesse T. Moore<br>    Jesse T. Moore<br>    State Bar No. 24056001<br>ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS |