

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 11, 2016.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| BULLIONDIRECT, INC., | § | |
| | § | CASE NO. 15-10940-tmd |
| Debtor. | § | |

### AGREED ORDER DENYING CREDITORS' COMMITTEE'S MOTION FOR CONVERSION AS MOOT (Related Doc#123)

**CAME BEFORE** the Court the *Motion by the Official Committee of Unsecured Creditors for Conversion to Chapter 7* (Doc#123) filed on November 16, 2015 (the "*Motion*"). The Court, having considered the pleadings on file, and the Amended Plan of Reorganization having been approved at a hearing on July 25, 2016, and, as a result, the Motion has been resolved, finds that the Motion is moot, and an Order denying the Motion as moot should be entered. It is therefore

**ORDERED** that the *Motion by the Official Committee of Unsecured Creditors for Conversion to Chapter 7* is denied as moot because the *Amended Plan of Reorganization Filed by Debtor on June 14, 2016* (Doc#187), has been confirmed.

# # #

APPROVED AS TO FORM:

C:\Users\jtm\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\XVCBH33U\Agreed Order Mooting Motion to Convert (2).docx

1

MARTINEC, WINN & VICKERS, P.C.
919 Congress Avenue, Suite 200
Austin, TX 78701
(512) 476-0750/FAX (512) 476-0753
martinec@mwvmlaw.com

DYKEMA COX SMITH
111 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 703-6325/FAX (512) 703-6399
jmoore@dykema.com

By: /s/ Joseph D. Martinec
    Joseph D. Martinec
    State Bar No. 13137500
ATTORNEYS FOR BULLIONDIRECT, INC.

By: */s/ Jesse T. Moore*
    Jesse T. Moore
    State Bar No. 24056001
ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS