UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| BULLIONDIRECT, INC., | § | |
| | § | CASE NO. 15-10940-tmd |
| Debtor. | § | |

**SECOND AND FINAL FEE APPLICATION OF**
**UNIQUE STRATEGIES GROUP, INC., FINANCIAL ADVISORS,**
**TO ALLOW COMPENSATION OF $75,732.00**
**FROM 11/01/2015 THROUGH 08/20/2016**

> **This pleading requests relief that may be adverse to your interests.**
>
> **If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**
>
> **A timely filed response is necessary for a hearing to be held.**

Unique Strategies Group, Inc., Financial Advisors for BullionDirect, Inc., Debtor-in-Possession in the above referenced case, respectfully requests compensation for the hereinafter described services and expenses, and in support thereof shows the Court the following:

1.  A Fee Application Summary, which includes a summary description of the services rendered, by category, reflecting the total cost of each category of services and summarizing the nature and purpose of each category of services rendered, and the results obtained, is attached hereto as Exhibit A, and is incorporated by reference.

2.  A Compensation Support Exhibit reflecting contemporaneous time records itemizing services rendered by category, in a format which reflects a description of each service entry, the amount of time spent rendering that service, the date the service was performed, who performed that service, and the hourly rate of the person performing that service, is attached hereto in Exhibit B, and is incorporated by reference.

3.  A Reimbursement Support Exhibit is shown on Exhibit B, and is incorporated by reference.

4.  Applicant respectfully requests the Court enter an order authorizing the final allowance of compensation for professionals' services rendered during the compensation period in the aggregate amount of $74,760.00, representing fees incurred and $972.00 representing actual and necessary expenses incurred, directing payment by the BDI Litigation Trustee of the

1

difference between the amount allowed and the amounts previously paid by the Debtor pursuant to Order, and such other and further relief as just. Applicant requests final approval of total compensation requested and/or paid during the pending bankruptcy case.

**WHEREFORE,** Applicant requests compensation for services in the amount of $74,760.00 as fees and $972.00 as reasonable costs, for total additional compensation requested of $75,732.00, for final approval of interim compensation, and for such other relief as is just.

Respectfully submitted,

UNIQUE STRATEGIES GROUP, INC.
7028 Cielo Azul Pass
Austin, TX 78732
(512) 529-7600
dbensimon@austin.rr.com

By: _____
Dan Bensimon

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2016, a true copy of the foregoing has been served in compliance with Local Rules 2016(b) and 9013 upon the following:

BullionDirect, Inc.
c/o Dan Bensimon
7028 Cielo Azul Pass
Austin, TX 78732

Gregory S. Milligan, Trustee
P.O. Box 90099
Austin, TX 78709
BullionDirect, Inc. Litigation Trust

Jesse T. Moore
Dykema Cox Smith
111 Congress Ave., Suite 1800
Austin, TX 78701
Attorney for Official Committee of Unsecured Creditors

United States Trustee (with attachments)
903 San Jacinto Blvd., Room 230
Austin, TX 78701

and a *Fee Application Summary,* has been served via the Court's ECF Noticing System, by First Class Mail, postage prepaid, via e-mail or by facsimile transmission, if so indicated, to the creditors and parties in interest on the current Master Service List on the 26th day of August, 2016.

Respectfully submitted,

MARTINEC, WINN & VICKERS, P.C.
919 Congress Avenue, Suite 200
Austin, TX 78701-2117
(512) 476-0750/FAX (512) 476-0753
martinec@mwvmlaw.com

By: _____
Joseph D. Martinec
State Bar No. 13137500
ATTORNEYS FOR DEBTOR

**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| BULLIONDIRECT, INC., | § | |
| | § | CASE NO. 15-10940-tmd |
| Debtor. | § | |

**SECOND AND FINAL FEE APPLICATION OF
UNIQUE STRATEGIES GROUP, INC., FINANCIAL ADVISORS, TO ALLOW
COMPENSATION OF $75,732.00
FROM 11/01/2015 THROUGH 08/20/2016**

> **This pleading requests relief that may be adverse to your interests.**
>
> **If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**
>
> **A timely filed response is necessary for a hearing to be held.**

### FEE APPLICATION SUMMARY

I. CLIENT: BullionDirect, Inc., Debtor-in-Possession (the "Debtor")

II. REQUESTING APPLICANT/FIRM:

> UNIQUE STRATEGIES GROUP, INC.
> 7028 Cielo Azul Pass
> Austin, TX 78732
> (512) 529-7600
> Financial Advisors for the Debtor

III. TOTAL AMOUNT OF FEES REQUESTED:

  a. Fees: $74,732.00(FEES)
  b. Expenses: $972.00(COSTS)
  c. Pre-petition retainer: $0.00.
  d. Applicant has previously received payments of $40,050.00 and $20,860.98 pursuant to the Court's Orders (Doc#180 and #214), for a total of $60,910.98, from Debtor, and the balance remaining due on its First Interim Fee Application is $20,290.92.
  e. Time period covered for current Application: 11/01/2015 through 08/20/2016.

1

IV. BREAKOUT OF CURRENT APPLICATION

| Name | Capacity | Total Hours | Rate | Total Fee |
|---|---|---|---|---|
| Dan Bensimon | Financial Analyst | 249.2 | $300.00 | $74,760.00 |
| Beth Whatley | Analyst | | 200.00 | $ 0.00 |
| **TOTALS** | | **249.2** | | **$74,760.00** |

MINIMUM FEE INCREMENTS: .10
TOTAL EXPENSES: $0.00
*Standard fees are: $.25 per page for photocopying; $1.00 per page for telefaxing documents, with a $10.00 maximum charge.*

AMOUNT (fees and expenses) ALLOCATED FOR PREPARATION OF THIS FEE APPLICATION: **$0.00.**

V. PRIOR APPLICATIONS:

First Interim Fee Application of Unique Strategies Group, Inc., Financial Advisors, to Allow Compensation of $81,241.90 from 07/20/2015 Through 10/31/2015 (Doc#125) filed 11/19/2015.

VI. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:

| Name | Party Represented |
|---|---|
| Martinec, Winn & Vickers, P.C. | Debtor |
| Dykema Smith Cox | Official Committee of Unsecured Creditors |
| | |

To the best of Applicant's knowledge, allowance of this Application, along with allowance of the fees and expenses of the counsel for the Debtor and counsel for the Committee **will not** result in this estate not being able to pay all co-equal or superior administrative claims in this case in full at confirmation of the Plan, but the Applicant and other professionals have agreed that unpaid allowed professional fees and expenses will be paid by the BullionDirect, Inc. Litigation Trust ("BDI Litigation Trust").

VII. RESULT OBTAINED: This Chapter 11 was filed after BullionDirect, Inc. ("BDI") had effectively ceased doing business, with no employees, and its former management the target of investigations by federal agencies and multiple state attorneys-general. The transaction records of the company were incomplete and unreliable, tax returns had not been filed since the fiscal year ending 6/30/2011, and bank statements had not been reconciled since that date. All digital data was stored with third parties and "in the cloud". None of those parties were paid for months before the filing. Although the BDI database was, in some ways, sophisticated and detailed, the details of transactions, principally the data which customers reasonably believed indicated precious metals stored in the vault in Delaware, were egregiously over-stated. Some $24,000,000 in claims were completely unsecured by vault inventory, unfulfilled orders and

2

other transactions, with only approximately $700,000 in the vault in precious metals, the ownership of which was hotly disputed.

Dan Bensimon, the Chief Restructuring Officer, protected the known assets, developed more reliable records, identified the transactions that created the $24,000,000 in obligations, retrieved much of unavailable data in third party storage and the cloud, all while complying with federal agency document requests. Having indicated to the Official Committee of Unsecured Creditors (the "Committee") that a transfer of causes of action under Chapter 5 and litigation claims against former management and related parties would be assigned to the Committee, Applicant sought to provide the Committee with the information necessary to investigate litigation claims. Disagreements with the Committee regarding its role and the form a plan should take, delayed the filing of a sale process and plan. In the later stages of the case, the Committee was more cooperative.

At the outset of the Chapter 11, Applicant, with Dan Bensimon serving as Chief Restructuring Officer, attempted to complete a series of transactions at the subsidiary level[1] that had been initiated by prior management and which appeared to provide a potential source of cash flow, which would be available to pay claims of creditors, or to restructure and restart the precious metals trading business that had been BDI's principal pre-petition line of business. The contemplated transaction placed the Debtor subsidiary in the position of having an exclusive license to sell a recently developed packaging security process. Applicant was able to execute an agreement with the seller of the new process and had turned its attention to the completion of a contract with an international end-user of the process. The contemplated transaction was then delayed by technical issues raised by the proposed end-user regarding the product. These issues were beyond Applicant's control.

As a secondary plan, Applicant explored the potential sale or licensing of the BDI web platform, which included an effort to license or sell the web platform to the State of Texas to implement the newly passed Texas Bullion Depository law. Applicant met with representatives of the Texas Office of the Comptroller and other state agencies which were involved in the implementation of the law. That effort failed because the Texas agencies involved required certain guaranties that BDI was in no position to provide.

In an effort to establish a favorable process for selling the web platform, the Applicant solicited a "stalking horse bid" offer from certain minority shareholders of the Debtor. Applicant created a secure website that allowed potential buyers of the IT platform to visit to determine the potential of the web platform for its business through acquisition or licensing of the platform. Applicant received inquiries from potential bidders, one of which engaged in substantial due diligence. However, no bid was received other than the stalking horse bid. The winning bid included a requirement for sharing of profits between Platform Universe LLC, the operating entity formed by the winning bidder, and the creditors of the Debtor. The profit sharing continues for 7 years at rates starting at 80% with a gradual decline to 50% of profits.

At the same time that Applicant was engaged in the efforts outlined above, he sought sources of capital infusion that might allow for a re-launch of the web-based precious metals

---

[1] Nucleo Development Company, LLC, a wholly-owned subsidiary of BDI.

3

trading platform. Despite the understandable resentment of creditors who had lost investments and for some, entire retirement funds, Applicant continued his efforts to restructure or at least improve the liquidation value of BDI's assets. He was met with substantial criticism, accusations, derision and threats, as well as the now commonplace trolling from on-line sources. Applicant provided valuable services to BDI in each of the efforts enumerated above.

The Plan of Reorganization was approved by the court on July 26, 2016, slightly more than a year after the initial filing. Under the provision of the Plan, the BDI Litigation Trust was created, primarily to investigate and pursue claims against former management and related parties. The BDI Litigation Trust also received funding in the form of $50,000 from the sale proceeds of the web-platform and the value of the contents of the IDS vault, estimated to be in excess of $700,000.

| **BREAKDOWN OF FEES BY EVENTS** | | | | |
|---|---|---|---|---|
| | Total Hours | Avg. Rate | Total Fee | % of App. |
| 1. General Counseling | 48 | 300.00 | 14,400.00 | 19.23 |
| 2. Locating and accumulating data | 27.5 | 300.00 | 8,250.00 | 11.04 |
| 3. General Admin. Matters/MOR | 70.6 | 300.00 | 21.180.00 | 28.33 |
| 4. Analysis of Current and Past Financial Position By Entity | 48.3 | 300.00 | 14,490.00 | 19.38 |
| 5. Understanding and utilizing database for estimating accounting information | 36.9 | 300.00 | 11,070.00 | 14.81 |
| 6. Creditor Inquiries | 14.9 | 300.00 | 4,470.00 | 5.98 |
| 7. Claims Analysis/Objections | 3 | 300.00 | 900.00 | 1.20 |
| TOTALS | 249.2 | 300.00 | 74,760.00 | 100.00 |

VIII. *This court believes all fees should be reasonable and necessary to justify their approval for payment out of the funds of the estate prior to payment of allowed unsecured creditors.*

Unique Strategies Group, Inc.
7028 Cielo Azul Pass
Austin, Texas 78732

December 14, 2015

BullionDirect, Inc.
Case No. 15-10940-tmd
700 Lavaca, Suite 1400
Austin, Texas 78701

For Professional Services Performed From November 1, 2015 to November 30, 2015
Legend: DB = Dan Bensimon, BW = Beth Whatley,

| Date | Description | Hrs / Rat | Amount |
|---|---|---|---|
| 11/3/15 | DB – Cross data on NBFog losses | 1.4 / $300 | $ 420.00 |
| 11/3/15 | DB- Worked on potential LOI | 1.1 / $300 | $ 330.00 |
| 11/9/15 | DB – Discussion on potential LOI | 1.0 / $300 | $ 300.00 |
| 11/10/15 | DB – Creditors Conference call Prep And Discussion | 3.6 / $300 | $ 1,080.00 |
| 11/15/15/ | DB – Monthly operating report accounting paying Invoices | 4.6/ $300 | $1,380.00 |
| 11/17/15 | DB- Motion to convert filed by committee | 2.0/ $300 | $ 600.00 |
| 11/20/15 | BD- Proformas related to LOI | 1.0/ $300 | $ 300.00 |
| 11/24/15 | DB- Mtg Brescia murph huseman | 1.5/ $300 | $ 450.00 |
| 11/27/15 | DB- Rugero questions research and answer | 1.4/ $300 | $ 420.00 |
| 11/30/15 | DB- Motion to convert beginning analysis | 1.0/ $300 | $ 300.00 |

| | |
|---|---|
| **Total Services for November 1 to 30** | **$ 5,580.00** |
| Amazon storage of data bases | 230.31 |
| **Microsoft Expense** | **71.00** |
| **Total for November** | **$ 5,881.31** |

Page **1** of **1**

EXHIBIT B - Page 1 of 10

Unique Strategies Group, Inc.
7028 Cielo Azul Pass
Austin, Texas 78732

January 14, 2016

BullionDirect, Inc.
Case No. 15-10940-tmd
700 Lavaca, Suite 1400
Austin, Texas 78701

For Professional Services Performed From December 1, 2015 to December 31, 2015
Legend: DB = Dan Bensimon, BW = Beth Whatley,

_____

| Date | Description | Hrs / Rat | Amount |
|---|---|---|---|
| 12/1/15 | DB – Committee issues | 1.4 / $300 | $ 420.00 |
| 12/2/15 | DB- NBFog Documents | 1.6 / $300 | $ 480.00 |
| 12/3/15 | DB – Response To Committee MTC | 4.0 / $300 | $ 1,200.00 |
| 12/7/15 | DB – NBFog Call & docs | 1.1 / $300 | $ 330.00 |
| 12/15/15 | /DB – Monthly operating report accounting paying Invoices | 4.5/ $300 | $1,350.00 |
| 12/15/15 | DB- New Term Sheet | 1.0/ $300 | $ 300.00 |
| 12/22/15 | BD- Elemental questions & data base analysis | 1.8/ $300 | $ 540.00 |

**Total Services for December 1 to 31**                   **$ 4,620.00**

Unique Strategies Group, Inc.
7028 Cielo Azul Pass
Austin, Texas 78732

February 14, 2016

BullionDirect, Inc.
Case No. 15-10940-tmd
700 Lavaca, Suite 1400
Austin, Texas 78701

For Professional Services Performed From January 1, 2016 to January 31, 2016
Legend: DB = Dan Bensimon, BW = Beth Whatley,

| Date | Description | Hrs / Rat | Amount |
|---|---|---|---|
| 1/4/16 | DB – Review of revised term sheet and comments | 1.2 / $300 | $ 360.00 |
| 1/5/16 | DB- Research and complete IRS 5500 | 2.6 / $300 | $ 780.00 |
| 1/5/16 | DB – Revised term sheet | 1.0 / $300 | $ 300.00 |
| 1/6/16 | DB – Hearing status and prep | 2.1 / $300 | $ 630.00 |
| 1/15/16 | /DB – Monthly operating report accounting paying Invoices | 4.7/ $300 | $1,410.00 |
| 1/20/16 | DB- Hearing Status & prep | 1.0/ $300 | $ 300.00 |
| 1/29/16 | BD- Set up data base for purchaser due diligence, etc. | 5.1/ $300 | $ 1,530.00 |

**Total Services for December 1 to 31** $ 5,310.00

Unique Strategies Group, Inc.
7028 Cielo Azul Pass
Austin, Texas 78732

March 16, 2016

BullionDirect, Inc.
Case No. 15-10940-tmd
700 Lavaca, Suite 1400
Austin, Texas 78701

For Professional Services Performed From February 1, 2016 to February 29, 2016
Legend: DB = Dan Bensimon, BW = Beth Whatley,

_____

| Date | Description | Hrs / Rat | Amount |
|---|---|---|---|
| 2/1/16 DB – | Begin due diligence analysis | 2.1 / $300 | $ 630.00 |
| 2/15/16 DB- | Met with purchaser to complete due diligence | 3.6 / $300 | $ 1,080.00 |
| 2/16/16/DB – | Monthly operating report accounting paying Invoices | 4.2/ $300 | $1,260.00 |
| 2/25/16 DB- | Renegotiated new term sheet & proformas | 4.0/ $300 | $ 1,200.00 |
| 2/29/16 DB- | Status hearing & prep | 1.1/ $300 | $ 330.00 |
| | **Total Services for February 1 to 29** | | **$ 4,500.00** |
| | Expenses Microsoft three months | | 220.00 |
| | **Amazon data maintained & cloud Three months** | | 180.00 |
| | **Total For February** | | **$ 4,900.00** |

Page **1** of **1**

Unique Strategies Group, Inc.
7028 Cielo Azul Pass
Austin, Texas 78732

April 16, 2016

BullionDirect, Inc.
Case No.  15-10940-tmd
700 Lavaca, Suite 1400
Austin, Texas 78701

For Professional Services Performed From March 1, 2016 to March 31, 2016
Legend:  DB = Dan Bensimon, BW = Beth Whatley,

| Date | Description | Hrs / Rat | Amount |
|---|---|---|---|
| 3/15/16 DB- | Met on and reviewed draft of Disclosure stat and plan | 3.0 / $300 | $ 900.00 |
| 3/16/16/DB – | Monthly operating report accounting paying Invoices | 4.5/ $300 | $1,350.00 |
| 3/22/16 DB- | Calculated numbers & draft of Discl Stat and plan | 4.0/ $300 | $ 1,200.00 |

| | |
|---|---|
| **Total  Services for March 1 to March 31** | **$ 3,450.00** |
| **Expenses Microsoft** | **77.00** |
| **Amazon data maintained & cloud** | **66.00** |
| **Total for March** | **$ 3,593.00** |

Page **1** of **1**

Unique Strategies Group, Inc.
7028 Cielo Azul Pass
Austin, Texas 78732

May 16, 2016

BullionDirect, Inc.
Case No. 15-10940-tmd
700 Lavaca, Suite 1400
Austin, Texas 78701

For Professional Services Performed From April 1, 2016 to April 30, 2016
Legend: DB = Dan Bensimon, BW = Beth Whatley,

_____

| Date | Description | Hrs / Rat | Amount |
|---|---|---|---|
| 4/7/16 DB- | Bid solicitation | 2.0 / $300 | $ 600.00 |
| 4/14/16 DB- | Disclosure statement | 1.5/ $300 | $ 450.00 |
| 4/16/16/DB – | Monthly operating report accounting paying Invoices | 4.5/ $300 | $1,350.00 |
| 4/28/16 DB- | Answer Bid requests questions | 5.5/ $300 | $ 1,650.00 |

|  |  |
|---|---|
| **Total Services for April 1 to April 30** | **$ 4,050.00** |
| **Expenses Microsoft** | **77.00** |
| **Amazon data maintained & cloud** | **66.00** |
| **Total for April** | **$ 4,193.00** |

Page **1** of **1**

EXHIBIT B - Page 6 of 10

Unique Strategies Group, Inc.
7028 Cielo Azul Pass
Austin, Texas 78732

June 16, 2016

BullionDirect, Inc.
Case No. 15-10940-tmd
700 Lavaca, Suite 1400
Austin, Texas 78701

For Professional Services Performed From May 1, 2016 to May 31, 2016
Legend:  DB = Dan Bensimon, BW = Beth Whatley,

| Date | Description | Hrs / Rat | Amount |
|---|---|---|---|
| 5/5/16 DB- | Dillon Gage Due diligence for bid proposal | 7.0 / $300 | $ 2,100.00 |
| 5/13/16 DB- | Discussions and potential DG bid proposal | 3.5/ $300 | $ 1,050.00 |
| 5/16/16/DB – | Monthly operating report accounting paying Invoices | 4.5/ $300 | $1,350.00 |
| 5/21/16 DB- | Final DG bid proposal | 4.5/ $300 | $ 1,350.00 |
| 5/30/16 DB- | review and sign closing docs | 2.7/ $300 | $ 810.00 |

|  |  |
|---|---|
| **Total Services for May 1 to May 31** | **$ 6,660.00** |
| Expenses Microsoft | 77.00 |
| Amazon data maintained & cloud | 66.00 |
| **Total for May** | **$ 6,803.00** |

Page **1** of **1**

Unique Strategies Group, Inc.
7028 Cielo Azul Pass
Austin, Texas 78732

July 16, 2016

BullionDirect, Inc.
Case No. 15-10940-tmd
700 Lavaca, Suite 1400
Austin, Texas 78701

For Professional Services Performed From June 1, 2016 to June 30, 2016
Legend: DB = Dan Bensimon, BW = Beth Whatley,

_____

| Date | Description | Hrs / Rat | Amount |
|---|---|---|---|
| 6/5/16 DB- | Review APA and transfer documents. get assets ready | 3.7 / $300 | $ 1,110.00 |
| 6/14/16 DB- | Transition of applicable software purchased | 5.5/ $300 | $ 1,650.00 |
| 6/15/16/DB – | Monthly operating report accounting paying Invoices | 4.5/ $300 | $1,350.00 |
| 6/16/16 DB- | Put assets in possession of buyer | 7.5/ $300 | $ 2,250.00 |
| 6/28/16 DB- | Call with cftc | 1.0/ $300 | $ 300.00 |
| 6/29/16 DB | review financials and begin consolidations for returns | 7.0/ $300 | $ 2,100.00 |

**Total Services for June 1 to June 30**     **$ 8,760.00**
**Expenses Microsoft**     **77.00**
**Amazon data maintained & cloud**     **66.00**
**Total for June**     **$ 8,903.00**

Page **1** of **1**

Unique Strategies Group, Inc.
7028 Cielo Azul Pass
Austin, Texas 78732

August 16, 2016

BullionDirect, Inc.
Case No. 15-10940-tmd
700 Lavaca, Suite 1400
Austin, Texas 78701

For Professional Services Performed From July 1, 2016 to July 31, 2016
Legend: DB = Dan Bensimon, BW = Beth Whatley,

_____

| Date | Description | Hrs / Rat | Amount |
|---|---|---|---|
| 7/1/16 | DB- Discussion and response to DG offer | 1.5 / $300 | $ 450.00 |
| 7/10/16 | DB-accumulate financial info sort and prepare schedules | 11.0/ $300 | $ 3,300.00 |
| 7/11/16 | DB – Meet with CFTC | 3.0 /$300 | $ 900.00 |
| 7/12/16 | DB- Prepare consolidation for years 2011 thru 2014 | 10.5/ $300 | $ 3,150.00 |
| 7/13/16 | DB - Prepare consolidation for years 2011 thru 2014 | 10.5/ $300 | $ 3,150.00 |
| 7/14/46 | DB- Prepare returns 2011 & 2012 | 10.8/ $300 | $ 3,240.00 |
| 7/15/16/DB | – Monthly operating report accounting paying Invoices | 4.5/ $300 | $ 1,350.00 |
| 7/17/16 | DB- Prepare returns 2013 & 2014 | 9.5/ $300 | $ 2,850.00 |
| 7/25/16 | DB- Plan confirmation hearing | 1.0/ $300 | $ 300.00 |
| 7/28/16 | DB – Post confirmation meeting | 2.6/ $300 | $ 780.00 |

**Total Services for June 1 to June 30**      **$ 19,470.00**

Page **1** of **1**

Unique Strategies Group, Inc.
7028 Cielo Azul Pass
Austin, Texas 78732

August 23, 2016

BullionDirect, Inc.
Case No. 15-10940-tmd
700 Lavaca, Suite 1400
Austin, Texas 78701

For Professional Services Performed From August 1, 2016 to August 20, 2016
Legend: DB = Dan Bensimon, BW = Beth Whatley,

| Date | Description | Hrs / Rat | Amount |
|---|---|---|---|
| 8/1/16 | DB- Organize files for transfer | 1.5 / $300 | $ 450.00 |
| 8/4/16 | DB- Transfer downtown office to Trustee | 1.5/ $300 | $ 450.00 |
| 8/5/16 | DB – Transfer assets in other locations to Trustee | 1.5 /$300 | $ 450.00 |
| 8/6/16 | DB- Extract data base info for CFTC | 6.3/ $300 | $ 1,890.00 |
| 8/7/16 | DB - Extract data for other parties | 7.5/ $300 | $ 2,250.00 |
| 8/8/16 | DB- FBI subpoena #2015r0646 | 1.3/ $300 | $ 390.00 |
| 8/10/16 | DB – Monthly operating report accounting paying Invoices | 4.5/ $300 | $ 1,350.00 |
| 8/17/16 | DB- Prepare returns 2014 | 8.5/ $300 | $ 2,550.00 |
| 8/18/16 | DB- Prepare return for 2015 | 3.0/ $300 | $ 900.00 |
| 8/19/16 | DB- Assist FBI with data base extraction | 3.0/ $300 | $ 900.00 |
| 8/20/16 | DB – Final MOR | 2.6/ $300 | $ 780.00 |

**Total Services for August 1 to August 20**     $ 12,360.00

PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| BULLIONDIRECT, INC., | § | |
| | § | CASE NO. 15-10940-tmd |
| Debtor. | § | |

**ORDER APPROVING SECOND AND FINAL FEE APPLICATION OF UNIQUE STRATEGIES GROUP, INC., FINANCIAL ADVISORS, FOR COMPENSATION THROUGH 08/20/2016**

**CAME ON** to be heard the above captioned application, and the Court finds:

1. The compensation sought by the firm of Unique Strategies Group, Inc., Financial Advisors for the Debtor in the above referenced case, is reasonable compensation for actual and necessary services rendered by such Financial Advisors, based on the time, nature, extent, and value of such services, and the cost of comparable services. Applicant provided the services it was hired to perform and provided the maximum recovery for creditors of the estate.

2. The reasonable value of the services rendered by the firm of Unique Strategies Group, Inc. under the standards set forth in *In re First Colonial Corporation of America*, 544 F.2d 1291 (5th Cir. 1979) and *Barron & Newburger, P.C. v. Tex. Skyline, Ltd. (In re Woerner)*, 783 F.3d 266 (5th Cir. 2015) is $74,760.00 as fees and $972.00 as reasonable costs, and the second and final application of said Financial Advisors meets the requirements set forth in such case.

F:\BullionDirect Inc\_Billing & Fee Apps\USGI - Fee Apps\Unique Strategies Group - 2nd-Final Fee App thru 8-20-2016 - 8-26-2016.docx

1

**IT IS THEREFORE ORDERED** that the sum of $74,760.00 is approved for payment as reasonable fees and the sum of $972.00 is approved for payment as expenses to the firm of Unique Strategies Group, Inc., for a total fees and expenses of $75,732.00 for the period 11/01/2015 through 08/20/2016, and the BullionDirect, Inc. Litigation Trustee is authorized to pay said firm such amount as an administrative priority.

**IT IS FURTHER ORDERED** that the previously approved fees and expenses of $81,201.90, for the time period 07/20/2015 thru 10/31/2015, are approved on a final basis. These fees were paid in part, leaving a balance of $20,290.92. Additional fees and expenses in the amount of $75,732.00, through 08/20/2016, are hereby approved on a final basis. The total balance remaining to be paid is $96,022.92.

# # #

Order prepared by:

Joseph D. Martinec
MARTINEC, WINN & VICKERS, P.C.
919 Congress Avenue, Suite 200
Austin, TX 78701
FAX (512) 476-0753
martinec@mwvmlaw.com