**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 16, 2016.**



_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

_____

| | | |
|---|---|---|
| In re: | § § § | CHAPTER 11 CASE |
| BULLION DIRECT, INC. | § § | CASE NO. 15-10940-TMD |
| Debtor. | § § | |

### AGREED ORDER RESOLVING LIMITED OBJECTION TO CLAIM OF TRAVIS COUNTY BY GREGORY S. MILLIGAN, TRUSTEE FOR THE BULLIONDIRECT, INC. LITIGATION TRUST

Upon consideration of the *Limited Objection to Claim of Travis County by Gregory S. Milligan, Trustee for the BullionDirect, Inc. Litigation Trust*, filed in the above-captioned main bankruptcy case (the "Case") on November 10, 2016, Docket No. 253 (the "Limited Objection"), the Response to the Limited Objection filed by Travis County on November 22, 2016, Docket No. 255, and the agreement embodied in this Order between Travis County and Gregory S. Milligan, Trustee for the BullionDirect, Inc. Litigation Trust resolving the Limited Objection, the Court finds that, solely to the extent provided herein, the Limited Objection is proper and appropriate under applicable law, that the Limited Objection was properly served and noticed and that no further notice needs to be provided, and that good cause exists for sustaining the Limited Objection as provided herein. It is therefore

**ORDERED** that the Limited Objection is sustained and that the Claim of Travis County in the Case is reduced to a claim for $27,335, the balance of which shall be paid by the Litigation Trust within seven (7) days of the entry of this Order.[1]

**SO ORDERED**.

###END OF ORDER###

Order Agreed to and Prepared by:

DYKEMA COX SMITH

*/s/ Jesse T. Moore*
Jesse T. Moore
State Bar No. 24056001
Dykema Cox Smith
111 Congress Ave., Suite 1800
Austin, TX 78701
Phone: 512-703-6325
Fax: 512-703-6399
Email: jmoore@dykema.com

*Counsel to Gregory S. Milligan,*
*Trustee for the BullionDirect, Inc. Litigation Trust*

Order Agreed to by:

DAVID ESCAMILLA
Travis County Attorney
P.O. Box 1748
Austin, Texas 78767
(512) 854-9092 Telephone
(512) 854-9316 Telecopier

*/s/ Kay D. Brock*
KAY D. BROCK
Texas Bar No. 11625100
Kay.brock@traviscountytx.gov

---

[1] Undefined capitalized terms herein shall be ascribed the definitions provided in the Limited Objection.

4830-2570-6812.2
ID\MOORE, JESSE - 113788\000001