**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | | | |
|---|---|---|---|---|
| IN RE: | § | | | |
| | § | | | |
| BullionDirect, Inc. | § | CASE NO. | 15-10940-TMD | |
| | § | CHAPTER 11 | | |
| DEBTOR | § | | | |

### CHAPTER 11 POST-CONFIRMATION REPORT
### FOR THE QUARTER ENDING 12/31/16

1. *XXX* Quarterly  or  _____ Final (check one)

2. SUMMARY OF DISBURSEMENTS:

   A. Disbursements* made under the plan and Liquidating Trust Agreement (itemize on page 4)   $   396,893.60
   B. Disbursements not under the plan                                                          $         -
                                         Total Disbursements                                    $   396,893.60

   *ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR UNDER THE PLAN OR
   OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE
   OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?            *XXX* Yes    ___ No
4. Are Plan payments being made as required under the Plan?  *XXX* Yes    ___ No
5. If "No", what Plan payments have not been made and why?
   Please explain: _____
                   _____
                   _____

6. If plan payments have not yet begun, when will the first plan payment be made?    *Unknown*

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or
   management of the property treated under the plan?   *The Trust Agreement appointing the Trustee was dated as of 07/26/16.*

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   *The source of recovery to creditors in this matter is dependent upon future litigation. Additionally,*
   *assuming there is a recovery warranting distribution to creditors, there will be objections to claim,*
   *and other matters that will need to be tried by the Court before the entry of a Final Decree.*

9.  Complete the form for Plan Disbursements attached.
10. CONSUMMATION OF PLAN:                                                               INITIALS _____
    A. If this is a final report, has an application for Final Decree been submitted?   DATE _____
       *N/A*   Yes - Date application was submitted
       *N/A*   No   Date when application will be submitted                              UST USE ONLY
    B. Estimated Date of Final Payment Under Plan          *Unknown*

   I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND
   CORRECT TO THE BEST OF MY KNOWLEDGE.


   SIGNED: _/s/ Greg Milligan_____          DATE:  February 10, 2017
           Gregory S. Milligan, Trustee

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. |
| BullionDirect, Inc. | § | 15-10940-TMD |

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---:|---:|
| **CASH-BEGINNING OF QUARTER** | $ 111,778.08 | $ - |
| **RECEIPTS** | $ 873,130.84 | $ 879,218.60 |
| **DISBURSEMENTS** | | |
| **LEGAL** | $ 270,861.15 | $ 291,722.13 |
| **ACCOUNTING** | $ - | $ 8,500.00 |
| **U. S. TRUSTEE** | $ 650.00 | $ 3,249.85 |
| **OTHER (attach list)** | $ 125,382.45 | $ 186,038.38 |
| **TOTAL PLAN PAYMENTS (page 1 and page 4)** | $ - | $ - |
| **TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements)** | $ 396,893.60 | $ 489,510.36 |
| **NET CASH FLOW** | $ 476,237.24 | $ 389,708.24 |
| **CASH-END OF QUARTER** | $ 588,015.32 | |

**QUARTER ENDING:** 12/31/2016

**CASH ACCOUNT RECONCILIATION FOR ALL FUNDS**

|  | Oct 2016 | Nov 2016 | Dec 2016 | Total |
|---|---:|---:|---:|---:|
| **Bank Balance** | $ 111,509.67 | $ 657,934.97 | $ 588,015.32 | $ 588,015.32 |
| **Deposit in Transit** | $ - | $ - | $ - | $ - |
| **Outstanding Checks** | $ - | $ - | $ - | $ - |
| **Adjusted Balance** | $ 111,509.67 | $ 657,934.97 | $ 588,015.32 | $ 588,015.32 |
| **Beginning Cash-Per Books** | $ 111,778.08 | $ 111,509.67 | $ 657,934.97 | $ 111,778.08 |
| **Receipts** | $ 1,100.00 | $ 895,809.42 | $ (23,778.58) | $ 873,130.84 |
| **Checks/Other Disbursements** | $ 1,368.41 | $ 349,384.12 | $ 46,141.07 | $ 396,893.60 |
| **Ending Cash-Per Books** | $ 111,509.67 | $ 657,934.97 | $ 588,015.32 | $ 476,237.24 |

Net Cash Flow

**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**

|  | Oct 2016 | Nov 2016 | Dec 2016 | Total |
|---|---:|---:|---:|---:|
| **Beginning Cash** | $ 111,778.08 | $ 111,509.67 | $ 657,934.97 | $ 111,778.08 |
| **Total Receipts** | $ 1,100.00 | $ 895,809.42 | $ (23,778.58) | $ 873,130.84 |
| **Total Disbursements** | $ 1,368.41 | $ 349,384.12 | $ 46,141.07 | $ 396,893.60 |
| **Ending Cash** | $ 111,509.67 | $ 657,934.97 | $ 588,015.32 | $ 476,237.24 |

Net Cash Flow

| IN RE: | § | |
|---|---|---|
| **Debtor Name** | § | **CASE NO.** |
| BullionDirect, Inc. | § | 15-10940-TMD |

**PAYMENTS TO CREDITORS UNDER THE PLAN**

| | CLASS OF CREDITOR | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|
| **CREDITOR** | | | |
| CubeSmart #751 | Trust | $ 453.00 | $ 1,378.31 |
| Gregory S. Milligan, Trustee | Trust | $ - | $ - |
| Secured Rental Leases | Trust | $ - | $ 9,850.05 |
| First National Bank - Vinita (Service Fee) | Trust | $ 718.08 | $ 808.50 |
| Travis County Tax Office | Trust | $ 26,231.63 | $ 27,335.00 |
| U.S. Trustee | Trust | $ 650.00 | $ 3,249.85 |
| Unique Strategies Group, Inc. | Trust | $ 96,022.92 | $ 144,709.70 |
| Document prep | Trust | $ - | $ 8,500.00 |
| Dr. Louis McCann | Trust | $ 1,956.82 | $ 1,956.82 |
| Legal - Martinec, Winn & Vickers PC | Trust | $ 146,819.68 | $ 167,680.66 |
| Legal - Dykema Cox Smith | Trust | $ 96,489.72 | $ 96,489.72 |
| Legal - George, Brothers, Kincaid & Horton, LLP | Trust | $ 27,551.75 | $ 27,551.75 |
| | Trust | | $ - |
| **TOTAL PLAN PAYMENTS:** | | $ 396,893.60 | $ 489,510.36 |