In re BullionDirect, Inc.—*Exhibit A* to First Omnibus Claim Objection (the "Objection").

**Important—Please Read This:** Claimants should find their name and proof(s) of claim in this Exhibit to determine the grounds for the Trustee's objection(s) to their proof(s) of claim. Claimants are listed alphabetically by last name. The number for each Claimant's proof(s) of claim in the claims register of the Court is also listed.

| Claimant's Last Name | Claimant's First Name | Proof of Claim No. | Amount Claimed in Proof of Claim | Status Claimed in Proof of Claim | Grounds for Objection to Proof of Claim (See Footnote 1, below.) | Proposed Allowed Claim Amount | Proposed Allowed Claim Status |
|---|---|---|---|---|---|---|---|
| Anderson | Joel | 207 | $8,000.00 | Secured & Priority | • No Priority<br>• Not Secured<br>• Wrong Amount | $2,432.00 | General Unsecured |
| Andrasek | Michael | 82 | $5,650.00 | Priority | • Duplicate Claim<br>• No Priority<br>• Wrong Amount | $1,859.16 | General Unsecured |
| | | 90 | $6,550.00 | Priority | • Duplicate Claim<br>• No Priority<br>• Wrong Amount | Disallowed | Disallowed |
| Asif Siddiqui | Omer | 15 | $17,560.20 | General Unsecured | • Wrong Amount | $11,036.00 | General Unsecured |
| Banerjee | Santanu | 133 | $27,195.50 | Priority | • Duplicate Claim<br>• No Priority<br>• Wrong Amount | $16,554.00 | General Unsecured |
| | | 136 | $30,195.50 | Priority | • Duplicate Claim<br>• No Priority<br>• Wrong Amount | Disallowed | Disallowed |
| Barbala | Ronald | 260 | $131,287.00 | General Unsecured | • Wrong Amount | $126,727.95 | General Unsecured |
| Barnwell | William | 158 | $27,144.97 | Secured | • Not Secured<br>• Wrong Amount | $22,644.31 | General Unsecured |
| Batistich | Lance | 357 | $1,000.00 | Priority | • No Priority<br>• Wrong Amount | $894.27 | General Unsecured |
| Beard | Robert | 135 | $9,854.75 | Priority | • No Priority | $9,854.75 | General Unsecured |
| Beeson | Rose | 433 | $5,642.42 | General Unsecured | • Wrong Amount | $3,564.9 | General Unsecured |

**Footnote 1**: Please see the Objection for an explanation of the grounds for the objection to the proof of claim. "Wrong Amount" objections are explained at pages 4-5 of the Objection. "Not secured" objections are explained at page 6 of the Objection. "No Priority" objections are explained at pages 6-7 of the Objection. "Duplicate Claim" objections are explained at page 7 of the Objection. "Late Filed" objections are explained at pages 7-8 of the Objection. "Unliquidated" objections are explained at page 8 of the Objection.

In re BullionDirect, Inc.—*Exhibit A* to First Omnibus Claim Objection (the "Objection").

**Important—Please Read This:** Claimants should find their name and proof(s) of claim in this Exhibit to determine the grounds for the Trustee's objection(s) to their proof(s) of claim. Claimants are listed alphabetically by last name. The number for each Claimant's proof(s) of claim in the claims register of the Court is also listed.

| Claimant's Last Name | Claimant's First Name | Proof of Claim No. | Amount Claimed in Proof of Claim | Status Claimed in Proof of Claim | Grounds for Objection to Proof of Claim (See Footnote 1, below.) | Proposed Allowed Claim Amount | Proposed Allowed Claim Status |
|---|---|---|---|---|---|---|---|
| Bentz | Gary | 168 | $10,000.00 | General Unsecured | • Wrong Amount<br>• Duplicate Claim | $7,285.39 | General Unsecured |
| Bobrik | Zakhar | 170 | $10,000.00 | General Unsecured | • Wrong Amount<br>• Duplicate Claim | Disallowed | Disallowed |
| Bocanegra | Lorraine | 404 | $31,000.00 | General Unsecured | • Wrong Amount | $27,210.12 | General Unsecured |
| Bonn | Mark & Brenda | 294 | $11,134.72 | General Unsecured | • Duplicate Claim | $11,134.72 | General Unsecured |
|  |  | 317 | $11,134.72 | General Unsecured | • Duplicate Claim | Disallowed | Disallowed |
| Borders | Marisa | 134 | $91,036.30 | General Unsecured | • Wrong Amount | $88,402.98 | General Unsecured |
| Borders | Guy | 362 | $25,000.00 | Priority | • No Priority<br>• Wrong Amount | $810.70 | General Unsecured |
| Brewster | Michael | 361 | $15,000.00 | Priority | • No Priority<br>• Wrong Amount | $4,368.51 | General Unsecured |
| Brunswig | Fred | Amended 84 | $100,883.97 | General Unsecured | • Wrong Amount | $77,920.00 | General Unsecured |
| Burns | Kenneth S. | 183 | $1,231.02 | Priority | • No Priority | $1,231.02 | General Unsecured |
| Busby | Milton | 494 | $267,300.00 | General Unsecured | • Wrong Amount | $173,777.17 | General Unsecured |
| Byron | Ginger | 350 | $12,016.96 | Secured & Priority | • No Priority<br>• Not Secured<br>• Wrong Amount | $11,610.95 | General Unsecured |
|  |  | 274 | $5,243.84 | General Unsecured | • Wrong Amount | $2,063.60 | General Unsecured |

**Footnote 1**: Please see the Objection for an explanation of the grounds for the objection to the proof of claim. "Wrong Amount" objections are explained at pages 4-5 of the Objection. "Not secured" objections are explained at page 6 of the Objection. "No Priority" objections are explained at pages 6-7 of the Objection. "Duplicate Claim" objections are explained at page 7 of the Objection. "Late Filed" objections are explained at pages 7-8 of the Objection. "Unliquidated" objections are explained at page 8 of the Objection.

In re BullionDirect, Inc.—*Exhibit A* to First Omnibus Claim Objection (the "Objection").

**Important—Please Read This:** Claimants should find their name and proof(s) of claim in this Exhibit to determine the grounds for the Trustee's objection(s) to their proof(s) of claim. Claimants are listed alphabetically by last name. The number for each Claimant's proof(s) of claim in the claims register of the Court is also listed.

| Claimant's Last Name | Claimant's First Name | Proof of Claim No. | Amount Claimed in Proof of Claim | Status Claimed in Proof of Claim | Grounds for Objection to Proof of Claim (See Footnote 1, below.) | Proposed Allowed Claim Amount | Proposed Allowed Claim Status |
|---|---|---|---|---|---|---|---|
| Carter | Jon | 222 | Unliquidated | General Unsecured | • Unliquidated | $1,103.60 | General Unsecured |
| Clark | Robert | 191 | $1,881.65 | Priority | • No Priority | $1,881.65 | General Unsecured |
| Crespin | Sherri | 48 | $25,790.00 | Secured | • Not Secured<br>• Wrong Amount | $21,575.10 | General Unsecured |
| Cross | Mike | 122 | $17,000.00 | Priority | • No Priority<br>• Wrong Amount | $13,291.11 | General Unsecured |
| Curry | Tia | 315 | $32,712.38 | Secured | • Not Secured<br>• Wrong Amount | $26,822.06 | General Unsecured |
| Defore | Anthony | 443 | $176,383.59 | Secured & Priority | • No Priority<br>• Not Secured<br>• Wrong Amount | $114,676.93 | General Unsecured |
| Dinsmore | Alton | 163 | $195,000.00 | Secured | • Not Secured<br>• Wrong Amount | $153,818.40 | General Unsecured |
| Farrelly | Peter | 521 | $4,972.54 | General Unsecured | • Wrong Amount<br>• Late Filed | $1,680.36 | General Unsecured |
| Gande | Sampath | 463 | $11,947.80 | Priority | • No Priority<br>• Wrong Amount | $11,036.00 | General Unsecured |
| Gilbert | Marvin | 201 | Unliquidated | General Unsecured | • Unliquidated | $12,322.64 | General Unsecured |
| Gladden | Joel | 227 | $9,424.06 | Priority | • No Priority<br>• Wrong Amount | $7,842.40 | General Unsecured |
| Goebel | Werner | 63 | $20,000.00 | General Unsecured | • Wrong Amount | $7,790.10 | General Unsecured |

**Footnote 1**: Please see the Objection for an explanation of the grounds for the objection to the proof of claim. "Wrong Amount" objections are explained at pages 4-5 of the Objection. "Not secured" objections are explained at page 6 of the Objection. "No Priority" objections are explained at pages 6-7 of the Objection. "Duplicate Claim" objections are explained at page 7 of the Objection. "Late Filed" objections are explained at pages 7-8 of the Objection. "Unliquidated" objections are explained at page 8 of the Objection.

In re BullionDirect, Inc.—*Exhibit A* to First Omnibus Claim Objection (the "Objection").

**Important—Please Read This:** Claimants should find their name and proof(s) of claim in this Exhibit to determine the grounds for the Trustee's objection(s) to their proof(s) of claim. Claimants are listed alphabetically by last name. The number for each Claimant's proof(s) of claim in the claims register of the Court is also listed.

| Claimant's Last Name | Claimant's First Name | Proof of Claim No. | Amount Claimed in Proof of Claim | Status Claimed in Proof of Claim | Grounds for Objection to Proof of Claim (See Footnote 1, below.) | Proposed Allowed Claim Amount | Proposed Allowed Claim Status |
|---|---|---|---|---|---|---|---|
| Golla | Chakravarthy | 280 | $2,566.22 | Priority | • No Priority<br>• Wrong Amount | $1,476.48 | General Unsecured |
| Guardino | Joseph | 444 | $8,063.52 | Priority | • No Priority | $8,063.52 | General Unsecured |
| Gupta | Rajan | 157 | $13,000.00 | Priority | • No Priority<br>• Wrong Amount<br>• Duplicate | $11,391.84 | General Unsecured |
| | | 368 | $6,000.00 | Secured | • Not Secured<br>• Wrong Amount<br>• Duplicate | Disallowed | Disallowed |
| | | 369 | $7,000.00 | Secured & Priority | • No Priority<br>• Not Secured<br>• Wrong Amount<br>• Duplicate | Disallowed | Disallowed |
| Halepoto | Zeba | 11 | Unliquidated | General Unsecured | • Duplicate Claim<br>• Unliquidated | $3,310.80 | General Unsecured |
| | | 419 | $8,365.00 | General Unsecured | • Duplicate Claim<br>• Wrong Amount | Disallowed | Disallowed |
| Hoffman | Marc | Amended 432 | $420.30 | Priority | • No Priority<br>• Not Secured<br>• Wrong Amount | $310.68 | General Unsecured |
| Houser | Eliot | 156 | $7,750.00 | General Unsecured | • Wrong Amount | $5,210.38 | General Unsecured |
| Hsieh | Jerry | 8 | $23,971.45 | General Unsecured | • Duplicate | $23,971.45 | General Unsecured |
| | | 259 | $23,971.45 | General Unsecured | • Duplicate | Disallowed | Disallowed |

**Footnote 1**: Please see the Objection for an explanation of the grounds for the objection to the proof of claim. "Wrong Amount" objections are explained at pages 4-5 of the Objection. "Not secured" objections are explained at page 6 of the Objection. "No Priority" objections are explained at pages 6-7 of the Objection. "Duplicate Claim" objections are explained at page 7 of the Objection. "Late Filed" objections are explained at pages 7-8 of the Objection. "Unliquidated" objections are explained at page 8 of the Objection.

In re BullionDirect, Inc.—*Exhibit A* to First Omnibus Claim Objection (the "Objection").

**Important—Please Read This:** Claimants should find their name and proof(s) of claim in this Exhibit to determine the grounds for the Trustee's objection(s) to their proof(s) of claim. Claimants are listed alphabetically by last name. The number for each Claimant's proof(s) of claim in the claims register of the Court is also listed.

| Claimant's Last Name | Claimant's First Name | Proof of Claim No. | Amount Claimed in Proof of Claim | Status Claimed in Proof of Claim | Grounds for Objection to Proof of Claim (See Footnote 1, below.) | Proposed Allowed Claim Amount | Proposed Allowed Claim Status |
|---|---|---|---|---|---|---|---|
| Hsu | Pai Chen | 399 | $9,140.17 | Priority | • No Priority | $9,140.17 | General Unsecured |
| Hughes | Peter | 330 | $6,627.60 | Secured & Priority | • No Priority<br>• Not Secured | $6,627.60 | General Unsecured |
| Jennings | Thomas | 202 | $1,293.30 | Priority | • No Priority | $1,293.30 | General Unsecured |
| Jett | Walter | 263 | $95,280.27 | General Unsecured | • Wrong Amount | $80,442.97 | General Unsecured |
| Johnson | Brian C. | 354 | $6,504.44 | General Unsecured | • Wrong Amount | $3,099.60 | General Unsecured |
| Jordan | Jeff | 492 | $9,911.81 | General Unsecured | • Wrong Amount | $4,719.80 | General Unsecured |
| Kannan | Narayanan | 468 | $9,508.83 | General Unsecured | • Wrong Amount | $6015.56 | General Unsecured |
| Kathiravan | Nagireddi | 67 | $1,252.97 | Priority | • No Priority<br>• Wrong Amount | $1,103.60 | General Unsecured |
| Khan | Murtuza | Amended 94 | $4,384.09 | Priority | • No Priority<br>• Wrong Amount | $3,276.28 | General Unsecured |
| Kjeer | Clayton | 117 | $7,420.85 | Priority | • No Priority | $7,420.85 | General Unsecured |
| Knight | Kirk | 107 | $31,949.88 | Secured & Priority | • No Priority<br>• Not Secured<br>• Wrong Amount | $28,485.46 | General Unsecured |
| Kolkey | Kimmy | 150 | $1,010.00 | Priority | • No Priority<br>• Wrong Amount | $672.16 | General Unsecured |
| Koptev | Igor | 489 | $14,546.44 | Priority | • No Priority | $14,546.44 | General Unsecured |

**Footnote 1**: Please see the Objection for an explanation of the grounds for the objection to the proof of claim. "Wrong Amount" objections are explained at pages 4-5 of the Objection. "Not secured" objections are explained at page 6 of the Objection. "No Priority" objections are explained at pages 6-7 of the Objection. "Duplicate Claim" objections are explained at page 7 of the Objection. "Late Filed" objections are explained at pages 7-8 of the Objection. "Unliquidated" objections are explained at page 8 of the Objection.

In re BullionDirect, Inc.—*Exhibit A* to First Omnibus Claim Objection (the "Objection").

**Important—Please Read This:** Claimants should find their name and proof(s) of claim in this Exhibit to determine the grounds for the Trustee's objection(s) to their proof(s) of claim. Claimants are listed alphabetically by last name. The number for each Claimant's proof(s) of claim in the claims register of the Court is also listed.

| Claimant's Last Name | Claimant's First Name | Proof of Claim No. | Amount Claimed in Proof of Claim | Status Claimed in Proof of Claim | Grounds for Objection to Proof of Claim (See Footnote 1, below.) | Proposed Allowed Claim Amount | Proposed Allowed Claim Status |
|---|---|---|---|---|---|---|---|
| Krueger | Donald | 288 | $142,563.47 | Priority | • No Priority | $142,563.47 | General Unsecured |
| Lambert | Michael | 485 | $16,749.03 | Priority | • No Priority | $16,749.03 | General Unsecured |
| Lastowiecki | Przemyslaw | 68 | $51,669.53 | General Unsecured | • Wrong Amount | $25,684.31 | General Unsecured |
| Lennen | Ralph | 358 | $15,000.00 | General Unsecured | • Wrong Amount<br>• Duplicate | $12,114.80 | General Unsecured |
| | | 359 | $15,000.00 | General Unsecured | • Wrong Amount<br>• Duplicate | Disallowed | Disallowed |
| Lettang | Peter | 515 | $86,343.00 | Secured | • Wrong Amount | $74,378.54 | General Unsecured |
| Levine | Phyllis | 394 | $353.50 | Priority & Secured | • No Priority<br>• Not Secured<br>• Wrong Amount | $294.80 | General Unsecured |
| Lewis | Joshua | 286 | Unliquidated | General Unsecured | • Unliquidated<br>• Duplicate Claim | $1,476.00 | General Unsecured |
| | | 287 | Unliquidated | General Unsecured | • Unliquidated<br>• Duplicate Claim | Disallowed | Disallowed |
| Lynch | William G. | 380 | $434.34 | Priority | • No Priority | $434.34 | General Unsecured |
| Mahon | Kirk | Amended 411 | $72,239.54 | Priority | • No Priority<br>• Wrong Amount | $64,297.54 | General Unsecured |
| McCann | Louis | 513 | $254,669.45 | Secured | • Not Secured<br>• Wrong Amount | $226,333.45 | General Unsecured |

**Footnote 1**: Please see the Objection for an explanation of the grounds for the objection to the proof of claim. "Wrong Amount" objections are explained at pages 4-5 of the Objection. "Not secured" objections are explained at page 6 of the Objection. "No Priority" objections are explained at pages 6-7 of the Objection. "Duplicate Claim" objections are explained at page 7 of the Objection. "Late Filed" objections are explained at pages 7-8 of the Objection. "Unliquidated" objections are explained at page 8 of the Objection.

In re BullionDirect, Inc.—*Exhibit A* to First Omnibus Claim Objection (the "Objection").

**Important—Please Read This:** Claimants should find their name and proof(s) of claim in this Exhibit to determine the grounds for the Trustee's objection(s) to their proof(s) of claim. Claimants are listed alphabetically by last name. The number for each Claimant's proof(s) of claim in the claims register of the Court is also listed.

| Claimant's Last Name | Claimant's First Name | Proof of Claim No. | Amount Claimed in Proof of Claim | Status Claimed in Proof of Claim | Grounds for Objection to Proof of Claim (See Footnote 1, below.) | Proposed Allowed Claim Amount | Proposed Allowed Claim Status |
|---|---|---|---|---|---|---|---|
| McCullough | David | 197 | $6,200.00 | Secured & Priority | • No Priority<br>• Not Secured<br>• Wrong Amount | $2,815.70 | General Unsecured |
| McKee | Brigitte | 153 | $31,500.00 | Secured | • Not Secured<br>• Wrong Amount | $8,107.00 | General Unsecured |
| Mehta | Atul | 483 | $11,480.00 | General Unsecured | • Wrong Amount | $7,861.66 | General Unsecured |
| Morgan | Warren | 206 | $14,400.00 | Priority | • No Priority<br>• Wrong Amount | $13,243.25 | General Unsecured |
| Nadarajan | Kanjana | 159 | $1,232.63 | Priority | • No Priority | $1,232.63 | General Unsecured |
| Nelson | James A. | 508 | $22,435.30 | General Unsecured | • Wrong Amount | $1,918.80 | General Unsecured |
| Nixon | Kas | 455 | $23,100.89 | Secured | • Not Secured<br>• Wrong Amount | $19,011.39 | General Unsecured |
| Oh | Sook | 464 | $2,992.00 | Priority | • No Priority<br>• Wrong Amount | $1,328.40 | General Unsecured |
| Oleksa | Ronald | 442 | $41,609.24 | Secured | • Not Secured<br>• Wrong Amount | $20,870.33 | General Unsecured |
| Pair | Lawrence | 93 | $17,893.00 | Secured | • Not Secured<br>• Wrong Amount | $12,810.84 | General Unsecured |
| Palmiere | Daniel | 96 | $32,602.82 | General Unsecured | • Wrong Amount | $26,959.23 | General Unsecured |
| Pea | Terry | 316 | $1,350.00 | Secured & Priority | • No Priority<br>• Not Secured<br>• Wrong Amount | $1,192.04 | General Unsecured |

**Footnote 1**: Please see the Objection for an explanation of the grounds for the objection to the proof of claim. "Wrong Amount" objections are explained at pages 4-5 of the Objection. "Not secured" objections are explained at page 6 of the Objection. "No Priority" objections are explained at pages 6-7 of the Objection. "Duplicate Claim" objections are explained at page 7 of the Objection. "Late Filed" objections are explained at pages 7-8 of the Objection. "Unliquidated" objections are explained at page 8 of the Objection.

In re BullionDirect, Inc.—*Exhibit A* to First Omnibus Claim Objection (the "Objection").

**Important—Please Read This:** Claimants should find their name and proof(s) of claim in this Exhibit to determine the grounds for the Trustee's objection(s) to their proof(s) of claim. Claimants are listed alphabetically by last name. The number for each Claimant's proof(s) of claim in the claims register of the Court is also listed.

| Claimant's Last Name | Claimant's First Name | Proof of Claim No. | Amount Claimed in Proof of Claim | Status Claimed in Proof of Claim | Grounds for Objection to Proof of Claim (See Footnote 1, below.) | Proposed Allowed Claim Amount | Proposed Allowed Claim Status |
|---|---|---|---|---|---|---|---|
| Phillips | Pamela Lynn | 507 | $639,397.31 | General Unsecured | • Wrong Amount | $511,563.43 | General Unsecured |
| Pinsky | David | 10 | $12,000.00 | General Unsecured | • Wrong Amount | $8,704.64 | General Unsecured |
| Plante | Joseph | 334 | $11,875.70 | General Unsecured | • Wrong Amount | $6,417.20 | General Unsecured |
| Poole | Ashton | 245 | $5,000.00 | General Unsecured | • Wrong Amount | $2,110.68 | General Unsecured |
| Powell | Richard | 218 | $5,521.17 | Secured & Priority | • No Priority<br>• Not Secured<br>• Wrong Amount | $3,847.14 | General Unsecured |
| Price | Clinton | 514 | $51,245.04 | Secured | • Not Secured<br>• Wrong Amount | $45,247.60 | General Unsecured |
| Rakevich | Filipp | 178 | $5,000.00 | General Unsecured | • Wrong Amount | $2,155.31 | General Unsecured |
| Ray | David | 459 | $21,000.00 | General Unsecured | • Wrong Amount | $17,947.10 | General Unsecured |
| Redabaugh | Darin | 306 | $2,978.00 | Priority | • No Priority<br>• Wrong Amount | $2,948.00 | General Unsecured |
| Romeo | Joseph | 72 | $25,000.00 | General Unsecured | • Wrong Amount | $22,278.82 | General Unsecured |
| Rozenberg | Yelena | 77 | $34,123.96 | General Unsecured | • Wrong Amount | $23,175.60 | General Unsecured |
| Salcedo | Jonathan | 249 | $80,081.10 | General Unsecured | • Wrong Amount | $36,900.00 | General Unsecured |

**Footnote 1**: Please see the Objection for an explanation of the grounds for the objection to the proof of claim. "Wrong Amount" objections are explained at pages 4-5 of the Objection. "Not secured" objections are explained at page 6 of the Objection. "No Priority" objections are explained at pages 6-7 of the Objection. "Duplicate Claim" objections are explained at page 7 of the Objection. "Late Filed" objections are explained at pages 7-8 of the Objection. "Unliquidated" objections are explained at page 8 of the Objection.

In re BullionDirect, Inc.—*Exhibit A* to First Omnibus Claim Objection (the "Objection").

**Important—Please Read This:** Claimants should find their name and proof(s) of claim in this Exhibit to determine the grounds for the Trustee's objection(s) to their proof(s) of claim. Claimants are listed alphabetically by last name. The number for each Claimant's proof(s) of claim in the claims register of the Court is also listed.

| Claimant's Last Name | Claimant's First Name | Proof of Claim No. | Amount Claimed in Proof of Claim | Status Claimed in Proof of Claim | Grounds for Objection to Proof of Claim (See Footnote 1, below.) | Proposed Allowed Claim Amount | Proposed Allowed Claim Status |
|---|---|---|---|---|---|---|---|
| Sangani | Mihir | 389 | $7,648.83 | Secured & Priority | • No Priority<br>• Not Secured<br>• Wrong Amount | $6,909.08 | General Unsecured |
| Satterfield | Steven | 69 | $21,571.79 | General Unsecured | • Wrong Amount | $17,568.27 | General Unsecured |
| Schupp | Barbara | 85 | $2,500.00 | Priority | • No Priority | $2,500.00 | General Unsecured |
| Scofield | Raymond | 37 | $3,002,016 | General Unsecured | • Wrong Amount | $295.20 | General Unsecured |
| Sholder | Shaun | 102 | $24,996.08 | Secured | • Not Secured<br>• Wrong Amount | $18,015.08 | General Unsecured |
| Singh | Geeta | 137 | $7,405.83 | General Unsecured | • Wrong Amount | $2,214.00 | General Unsecured |
| Siry | Richard | 87 | $50,000.00 | General Unsecured | • Wrong Amount | $42,925.36 | General Unsecured |
| Smith | Pedro | 491 | $8,126.74 | General Unsecured | • Wrong Amount<br>• Duplicate Claim | $8,015.20 | General Unsecured |
|  |  | 506 | $8,000.00 | General Unsecured | • Wrong Amount<br>• Duplicate Claim | Disallowed | Disallowed |
| Somers | Robert | 138 | $2,100.00 | Priority | • No Priority<br>• Wrong Amount<br>• Duplicate Claim | $1,563.94 | General Unsecured |
|  |  | 254 | $2,100.00 | Priority | • No Priority<br>• Wrong Amount<br>• Duplicate Claim | Disallowed | Disallowed |
| Stanger | Samuel | 228 | $50,152.94 | General Unsecured | • Wrong Amount | $46,188.90 | General Unsecured |

**Footnote 1:** Please see the Objection for an explanation of the grounds for the objection to the proof of claim. "Wrong Amount" objections are explained at pages 4-5 of the Objection. "Not secured" objections are explained at page 6 of the Objection. "No Priority" objections are explained at pages 6-7 of the Objection. "Duplicate Claim" objections are explained at page 7 of the Objection. "Late Filed" objections are explained at pages 7-8 of the Objection. "Unliquidated" objections are explained at page 8 of the Objection.

In re BullionDirect, Inc.—*Exhibit A* to First Omnibus Claim Objection (the "Objection").

**Important—Please Read This:** Claimants should find their name and proof(s) of claim in this Exhibit to determine the grounds for the Trustee's objection(s) to their proof(s) of claim. Claimants are listed alphabetically by last name. The number for each Claimant's proof(s) of claim in the claims register of the Court is also listed.

| Claimant's Last Name | Claimant's First Name | Proof of Claim No. | Amount Claimed in Proof of Claim | Status Claimed in Proof of Claim | Grounds for Objection to Proof of Claim (See Footnote 1, below.) | Proposed Allowed Claim Amount | Proposed Allowed Claim Status |
|---|---|---|---|---|---|---|---|
| Stephenson | Cecil | 132 | $210,000.00 | General Unsecured | • Wrong Amount | $203,062.40 | General Unsecured |
| Stover | Ken | 124 | $20,622.72 | General Unsecured | • Wrong Amount | $17,289.18 | General Unsecured |
| Stover | Karen | 125 | $41,604.00 | General Unsecured | • Wrong Amount | $34,394.85 | General Unsecured |
| Suen | Christopher | 149 | $8,578.42 | General Unsecured | • Wrong Amount | $2,952.00 | General Unsecured |
| Summers | Stephen | 36 | $35,000.00 | Secured | • Not Secured<br>• Wrong Amount | $31,256.97 | General Unsecured |
| Suzuki | James | 429 | $25,000.00 | General Unsecured | • Wrong Amount | $2,948.00 | General Unsecured |
| Swick | Douglas | 38 | $105,000.00 | Secured | • Not Secured<br>• Wrong Amount<br>• Duplicate | $101,312.80 | General Unsecured |
| | | 51 | $105,000.00 | Secured | • Not Secured<br>• Wrong Amount<br>• Duplicate | Disallowed | Disallowed |
| Taber | Alan | 148 | $14,165.25 | General Unsecured | • Wrong Amount | $10,539.10 | General Unsecured |
| Taylor | Robert | 388 | $1,180.80 | Secured & Priority | • Not Secured<br>• No Priority | $1,180.80 | General Unsecured |
| Thalla | Venkata | 223 | $1,300.00 | Priority | • No Priority<br>• Wrong Amount | $1,103.60 | General Unsecured |
| Toh | Bee | 154 | $923.95 | Priority | • No Priority | $923.95 | General Unsecured |

**Footnote 1**: Please see the Objection for an explanation of the grounds for the objection to the proof of claim. "Wrong Amount" objections are explained at pages 4-5 of the Objection. "Not secured" objections are explained at page 6 of the Objection. "No Priority" objections are explained at pages 6-7 of the Objection. "Duplicate Claim" objections are explained at page 7 of the Objection. "Late Filed" objections are explained at pages 7-8 of the Objection. "Unliquidated" objections are explained at page 8 of the Objection.

In re BullionDirect, Inc.—*Exhibit A* to First Omnibus Claim Objection (the "Objection").

**Important—Please Read This:** Claimants should find their name and proof(s) of claim in this Exhibit to determine the grounds for the Trustee's objection(s) to their proof(s) of claim. Claimants are listed alphabetically by last name. The number for each Claimant's proof(s) of claim in the claims register of the Court is also listed.

| Claimant's Last Name | Claimant's First Name | Proof of Claim No. | Amount Claimed in Proof of Claim | Status Claimed in Proof of Claim | Grounds for Objection to Proof of Claim (See Footnote 1, below.) | Proposed Allowed Claim Amount | Proposed Allowed Claim Status |
|---|---|---|---|---|---|---|---|
| Tondreau | Brett | 258 | $38,325.13 | Secured | • Not Secured<br>• Wrong Amount | $35,220.70 | General Unsecured |
| Urban | Michael | 204 | $5,955.53 | General Unsecured | • Wrong Amount | $1,103.60 | General Unsecured |
| Vedachalam | Muruganandham | 97 | $3,534.05 | Priority | • No Priority | $3,534.05 | General Unsecured |
| Wheeler | Julie | 439 | $2,000.00 | Priority | • No Priority<br>• Wrong Amount | $1,476.00 | General Unsecured |
| Wheelwright | Alexander | 480 | $8,099.07 | General Unsecured | • Wrong Amount | $5,483.21 | General Unsecured |
| White | Ben | 510 | $12,042.08 | General Unsecured | • Wrong Amount | $7,807.83 | General Unsecured |
| Zasso | Dan | 505 | $106,752.53 | General Unsecured | • Wrong Amount | $38,059.75 | General Unsecured |
| Zielinski | David | 28 | $255.89 | Priority | • No Priority | $255.89 | General Unsecured |

**Footnote 1**: Please see the Objection for an explanation of the grounds for the objection to the proof of claim. "Wrong Amount" objections are explained at pages 4-5 of the Objection. "Not secured" objections are explained at page 6 of the Objection. "No Priority" objections are explained at pages 6-7 of the Objection. "Duplicate Claim" objections are explained at page 7 of the Objection. "Late Filed" objections are explained at pages 7-8 of the Objection. "Unliquidated" objections are explained at page 8 of the Objection.