PLEADING OBJECTION TO THE LITIGATION ARRANGEMENT OF **BULLION DIRECT INC**

CASE# 15-10940-tmd

Subject: Objection to the Litigation arrangements of Bullion direct Inc, per letter dated July, 20, 2018

Dated 7/30/2018.

Respected your honor,

This is Geeta Singh, 57 Morris Lane, Piscataway, NJ 08854. I have a strong objection to the litigation arrangement presented by Bullion direct. Listed below are the reasons:

1. Per this letter dated July 20, 2018, received July 28, 2018, from the attorney, there is a huge reduction in the settlement amount.
2. My own pocket cost for purchase of 150 silver coins from Bullion direct was $7405.83. For this I had presented copies of checks by which online payments were made directly from my PNC bank, account 8016463613 as a proof of payments.

3. I am really shocked to see that now Bullion Direct is presenting reason for this reduction as "wrong amount". Why would a proof submitted initially not be considered as evidence of accuracy for the rendered payments?

4. If the adjustments from initial $7405.83 is due to reduction in the price of silver coins and made into $2214.00 (page 9 of 11) included in letter dated July 20,2018, then I would request the company to buy me 150 silver coins for the same money and ship it to me in place of cash. The original intent was silver coin purchase and this action would suffice the initial intent.

5. If the company does not want to give me 150 silver coins then my second option requested is to please refund me my initial payment amount only as I am not asking for the interest incurred since then.

I had invested my hard earned taxed money for this investment and expected at least my original merchandize or the amount paid to be refunded.

Your honor, I am requesting your help to seek me an honest and reasonable justice.
Thank you and regards.

Geeta Singh  *(Geeta Singh)*
732-668-6617
57 Morris Lane, Piscataway, NJ 08854

Please note, I am also sending a copy of this objection to the attorney Mr. Gregory S. Miller, Trustee, Bullion Direct Inc., Litigation Trust, P.O. Box 9099, Austin, TX 78709

**FILED**
AUG 0 3 2018
U.S. BANKRUPTCY COURT
BY_____ DEPUTY