8/15/18

**Bullion Direct Case No. 15-10940**
**I object to Claim amount.**

Michael Andrasek
19 Windridge, Aliso Viejo, CA 92656
airow2@att.net

FILED
SEP 4 2018
U.S. BANKRUPTCY COURT
BY_____DEPUTY

United States Bankruptcy Clerk
Western District of Texas
903 San Jacinto Blvd., Suite 322
Austin, TX 78701

Greg Milligan Trustee
Bullion Direct Litigation Trust
PO Box 90099
Austin, TX 78709

Dear Trustee,

I venemently object to the proposed claim amount!   I recieved the bankruptcy notice just after I had sent Bullion Direct thousands of dollars worth of coins. He practically should have mailed just my coins back!   This type of scum makes my blood boil!

I was unemploymented at the time, and I needed those assests for food, rent, gas, utilities, etc.   This left me in dire straits.

The proposed amount is 28% of what Bullion Direct stole from me   (#82 & 90). $1,859.16 proposed from $6,550.00.

Ronald Barbala (#260) proposed amount is $126,727.95 of $131,287.00 claim. 97% of claim.   Robert Beard (#135) proposal is 100% his claim.   Anthony Defore (#443) is proposed to get $114,676.93 from a $176,383.59 claim, 65%.
Alton Dinsmore (#163) proposed to get $153,818.40 from $195,000 claim, 80%.
Sampath Gande (#463) is proposed to get 92% of his claim.

This is outrageous considering that I had just sent most of my assests days from the bankruptcy.

Now, I am again unemployed, physically disabled and unable to walk, and in dire need of money, and some claimants are proposed to get back major claims.
I feel raped and kicked in the stomach,   THIS IS UNFAIR TO ME.   Your amounts may seem justified, but this is a tragedy in real life terms.

I implore you to send me $4,000 or an amount deserving of my suffering due to this mess! I cannot afford to fly to Texas to a hearing.


Michael Andrasek

*Michael Andrasek*  8/15/18

GREGORY S. MILLIGAN, TRUSTEE
BULLIONDIRECT, INC. LITIGATION TRUST
P.O. BOX 90099
AUSTIN, TX 78709

August 10, 2018

Re: How to File a Response to the *First Omnibus Objection to Claims by Trustee (Wrong Amount, Not Secured, No Priority, Duplicate, Late-Filed, and/or Unliquidated Claims)*, in *In re BullionDirect, Inc.*, case no. 15-10940, U.S. Bankruptcy Court, Western District of Texas

Greetings:

On July 16, 2018, an objection (the "Objection") was filed to your claim in the BullionDirect, Inc. bankruptcy case. This Objection was titled the *First Omnibus Objection to Claims by Trustee (Wrong Amount, Not Secured, No Priority, Duplicate, Late-Filed, and/or Unliquidated Claims)*. This Objection has been mailed to you. This letter provides information on how to file a response to the Objection with the Bankruptcy Court should you wish to do so.

This Objection asks the Court to disallow (eliminate), reduce, or modify your claim as set forth in the Objection. If you do not file a written response to the Objection with the Bankruptcy Court by September 11, 2018, the Court may disallow (eliminate), reduce, or modify your claim as set forth in the Objection, without a hearing being held.

Any response to the Objection must explain your position and be timely filed with the United States Bankruptcy Clerk, Western District of Texas, mailing address of applicable Clerk's office (which is 903 San Jacinto Blvd., Suite 322, Austin, Texas 78701). If a timely response is filed, the Court will then set a hearing on the Objection and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Objection to your claim.

A copy of the Objection and more information about the BullionDirect, Inc. bankruptcy case can be obtained at the website established for the BullionDirect, Inc. Litigation Trust: www.BullionDirectTrust.com.

Sincerely,

Jesse T. Moore,
Counsel for Gregory S. Milligan,
Trustee of the BullionDirect Litigation Trust