Atul Mehta
19612 Ray Cir
Cerritos, CA 90703
Sept 9, 2018

**FILED**

SEP 17 2018

U.S. BANKRUPTCY COURT
BY  Cbt   DEPUTY

To,
United States Bankruptcy Clerk, Western District of Texas
903 San Jacino Blvd, Suite 322,
Austin, TX 78701

Re: Response to the First Omnibus Objection... case no. 15-10940

I object to Bullion Direct(BD) reduced amount. Please have a look at the attached statement from Bullion Direct website before they went bankrupt. I have $2000 in cash with BD. Also, 5 gold bars worth $6,500. I have 6 silver bullion of 10oz. which comes to $1,000. And total 99 1oz silver coins. That comes to $1980. So here is the total
Cash: $2,000
Gold: $6,500
Silver 10oz: $1,000
Silver 1oz: $1980
Total: $11,480.


Thanks,
Atul Mehta
562-313-4693
ATU_L@HOTMAIL.COM

RECEIVED
SEP 17 2018
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

GREGORY S. MILLIGAN, TRUSTEE
BULLIONDIRECT, INC. LITIGATION TRUST
P.O. BOX 90099
AUSTIN, TX 78709

---

August 10, 2018

Re: How to File a Response to the *First Omnibus Objection to Claims by Trustee (Wrong Amount, Not Secured, No Priority, Duplicate, Late-Filed, and/or Unliquidated Claims)*, in *In re BullionDirect, Inc.*, case no. 15-10940, U.S. Bankruptcy Court, Western District of Texas

Greetings:

On July 16, 2018, an objection (the "Objection") was filed to your claim in the BullionDirect, Inc. bankruptcy case. This Objection was titled the *First Omnibus Objection to Claims by Trustee (Wrong Amount, Not Secured, No Priority, Duplicate, Late-Filed, and/or Unliquidated Claims)*. This Objection has been mailed to you. This letter provides information on how to file a response to the Objection with the Bankruptcy Court should you wish to do so.

This Objection asks the Court to disallow (eliminate), reduce, or modify your claim as set forth in the Objection. If you do not file a written response to the Objection with the Bankruptcy Court by September 11, 2018, the Court may disallow (eliminate), reduce, or modify your claim as set forth in the Objection, without a hearing being held.

Any response to the Objection must explain your position and be timely filed with the United States Bankruptcy Clerk, Western District of Texas, mailing address of applicable Clerk's office (which is 903 San Jacinto Blvd., Suite 322, Austin, Texas 78701). If a timely response is filed, the Court will then set a hearing on the Objection and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Objection to your claim.

A copy of the Objection and more information about the BullionDirect, Inc. bankruptcy case can be obtained at the website established for the BullionDirect, Inc. Litigation Trust: www.BullionDirectTrust.com.

Sincerely,

Jesse T. Moore,
Counsel for Gregory S. Milligan,
Trustee of the BullionDirect Litigation Trust

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 BullionDirect, Inc. | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court Western District of Texas | |
| Case number: 15-10940 | |

FILED
U.S. Bankruptcy Court
Western District of Texas
1/4/2016

Yvette M. Taylor, Clerk

## Official Form 410
## Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Atul M Mehta
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Atul M Mehta
Name
19612 Ray Cir
Cerritos, CA 90703

Contact phone  213-300-3856
Contact email  ATU_L@HOTMAIL.COM

Where should payments to the creditor be sent? (if different)

Name

Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing?

Official Form 410                    Proof of Claim                    page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
| 7. How much is the claim? | $ 11480.00  Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>2000 Cash, 5 Gold Coin at 1200 a piece, Silver for 3480 |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtors business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/1/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  1/4/2016
                  MM / DD / YYYY

/s/ Atul M Mehta
Signature

Print the name of the person who is completing and signing this claim:

Name: Atul M Mehta
      First name  Middle name  Last name

Title:

Company:
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 19612 Ray Cir
         Number  Street
         Cerritos, CA 90703
         City  State  ZIP Code

Contact phone  213-300-3856     Email  atu_l@hotmail.com

Official Form 410                Proof of Claim                page 3

Home » My Account » Portfolio

| Portfolio | Open Trades + | Dues | Order Status | Order History + | |
|---|---|---|---|---|---|
| Account Name | AM | | Trading Power | $25,000.00 | REQUEST CHANGE |
| Pend. Cash | $0.00 | | Avail. Cash | $2000.00 | CASH DRAW |
| Account # | 1000008163 | | Amount Due | $0.00 | VIEW & PAY |
| Time | 2016-01-03 09:38:33 | | Product Due | 0 unit(s) | VIEW |

### Silver Bullion

| Symbol | Product | Total | Pending | Available | Bid | Ask |
|---|---|---|---|---|---|---|
| SIAE001:2014 | US Mint American Eagle Silver Coin 2014 (1.000 oz.) | 5 | 5 | 0 | | |
| SIAE001:2015 | 2015 US Mint American Eagle Silver Coin (1.000 oz.) | 12 | 12 | 0 | | |
| SIAP001 | Austrian Silver Philharmonic Coin (1.000 oz.) | 15 | 15 | 0 | | |
| SIAP001:2015 | Austrian Silver Philharmonic Coin 2015 (1.000 oz.) | 5 | 5 | 0 | | |
| SIB999:0001:Horse | Silver Bullion .999 pure Horse Rounds (1.000 oz.) | 5 | 5 | 0 | | |
| SIB999:0001:M | Silver Bullion 1 oz Morgan Head Rounds - GSM (1.000 oz.) | 5 | 5 | 0 | | |
| SIB999:0010:H | Silver Bullion .999 pure Heraeus Bar (10.000 oz.) | 2 | 2 | 0 | | |
| SIB999:0010:RCM | Silver Bullion 10 oz Royal Canadian Mint Bars (10.000 oz.) | 4 | 4 | 0 | | |
| SICM001 | Canadian Maple Leaf Silver Coin (1.000 oz.) | 21 | 21 | 0 | | |
| SICM001:2014 | Canadian Maple Leaf Silver Coin 2014 (1.000 oz.) | 28 | 28 | 0 | | |
| SICM001:2014:F | Canadian Maple Leaf Silver Coin 2014 Falcon (1.000 oz.) | 3 | 3 | 0 | | |

### Gold Bullion

| Symbol | Product | Total | Pending | Available | Bid | Ask |
|---|---|---|---|---|---|---|
| GCBB:0100:AH | Bullion Gold Bar .999+ Pure Argor Heraeus (1.000 oz.) | 1 | 1 | 0 | | |
| GCBB:0100:CMX | Bullion Gold Bar .999+ Pure CMX (Sealed) (1.000 oz.) | 4 | 4 | 0 | | |

DETAIL