IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | **CHAPTER 11 CASE** |
| **BULLION DIRECT, INC.** | § § | **CASE NO. 15-10940-TMD** |
| **Debtor.** | § § | |

**NOTICE OF FILING OF AMENDED ORDER FOR FIRST OMNIBUS OBJECTION TO CLAIMS BY TRUSTEE (WRONG AMOUNT, NOT SECURED, NO PRIORITY, DUPLICATE, LATE-FILED, AND/OR UNLIQUIDATED CLAIMS)**

PLEASE TAKE NOTICE that the proposed order (the "Omnibus Objection Order") that would, if entered by the Court, grant the *First Omnibus Objection to Claims by Trustee (Wrong Amount, Not Secured, No Priority, Duplicate, Late-Filed, And/Or Unliquidated Claims)*, filed July 16, 2018, Docket No. 292 (the "Omnibus Objection") by Gregory S. Milligan, as trustee of the BullionDirect, Inc. Litigation Trust (the "Trustee") has been revised by the Trustee to reflect various agreements regarding the Omnibus Objection reached between the Trustee and the holders of various claims disputed in the Omnibus Objection ("Disputed Claims").

PLEASE TAKE FURTHER NOTICE that attached hereto as ***Exhibit A*** to this Notice is the Omnibus Objection Order as revised and filed with the Court along with this Notice, and attached hereto as ***Exhibit B*** is a redlined version of the Omnibus Objection Order showing changes from the version of the Omnibus Objection Order filed and served in connection with the Omnibus Objection.

Respectfully submitted,

*/s/ Jesse T. Moore*
Jesse T. Moore
State Bar No. 24056001
Dykema Cox Smith
111 Congress Ave., Suite 1800

1

Austin, Texas 78701
Phone: 512-703-6325
Fax:  512-703-6399
Email: jmoore@dykema.com

**Counsel to Gregory S. Milligan, Trustee for the BullionDirect, Inc. Litigation Trust**

## Certificate of Service

I hereby certify that on October 29, 2018 I served a copy of this Notice via the Court's electronic case filing system to all parties receiving notice through such system as listed at the end of this document.  I further certify that on October 29, 2018 I served a copy of this Notice via electronic mail to the holders of Disputed Claims who filed a response with the Court to the Omnibus Objection.

*/s/ Jesse T. Moore*
Jesse T. Moore

Holders of Disputed Claims Responding to the Omnibus Objection:

| | |
|---|---|
| Michael Andrasek | airow2@att.net |
| Kenneth Scott Burns, Jr. | kscottburnsmd@hotmail.com |
| Atul Mehta | atu_l@hotmail.com |
| Pamela Phillips | onanewjourney@comcast.net |
| Wayne Swayda | wswayda@mindspring.com |
| Stephen Summers | stephen282@hotmail.com |

Electronic Case Filing Service List:

Steven B. Bass on behalf of Creditor United States of America
Steven.Bass@usdoj.gov, lori.wilson@usdoj.gov

Duane J. Brescia on behalf of Interested Party C. Jack Murph
duane.brescia@strasburger.com, donna.krupa@strasburger.com;
Kathryn.Alexander@strasburger.com; bkrtcynotices@strasburger.com

Duane J. Brescia on behalf of Interested Party Cheryl L. Huseman
duane.brescia@strasburger.com, donna.krupa@strasburger.com;
Kathryn.Alexander@strasburger.com; bkrtcynotices@strasburger.com

Kay D. Brock on behalf of Creditor Travis County
bkecf@traviscountytx.gov, kay.brock@traviscountytx.gov
Richard T. Chapman on behalf of Creditor Janak Law Firm
rchapman@andersonsmith.com, roxanne@andersonsmith.com; Jamie@andersonsmith.com

Richard T. Chapman on behalf of Creditor Julius De Roma
rchapman@andersonsmith.com, roxanne@andersonsmith.com;Jamie@andersonsmith.com

Richard T. Chapman on behalf of Creditor Linda Strande
rchapman@andersonsmith.com, roxanne@andersonsmith.com; Jamie@andersonsmith.com

Brent A. Devere on behalf of Creditor David Ray
bdevere512@aol.com

Kirstin K Dutcher on behalf of Creditor Chris Smelick
kkd@lawsonlaski.com, heo@lawsonlaski.com

Kirstin K Dutcher on behalf of Creditor Robert Smelick
kkd@lawsonlaski.com, heo@lawsonlaski.com

Jeffrey R. Erler on behalf of Creditor Diamond State Depository, LLC
jeff.erler@cottonteam.com, Melissa.harrocks@cottonteam.com

Jeffrey R. Erler on behalf of Creditor Dillon Gage Inc. of Dallas
jeff.erler@cottonteam.com, Melissa.harrocks@cottonteam.com

Lisa C. Fancher on behalf of Creditor Kirk Davis Mahon
lfancher@fbhg.law

Laura Marie Fontaine on behalf of Creditor Diamond State Depository, LLC
Laura@HedrickKring.com, Mckenzie@HedrickKring.com; Lori@HedrickKring.com;
Britt@HedrickKring.com

Laura Marie Fontaine on behalf of Creditor Dillon Gage Inc. of Dallas
Laura@HedrickKring.com, Mckenzie@HedrickKring.com; Lori@HedrickKring.com;

Britt@HedrickKring.com

James V. Hoeffner on behalf of Creditor Louis S McCann
jhoeffner@gdhm.com, bcumings@gdhm.com

Joseph D. Martinec on behalf of Debtor BullionDirect, Inc.
martinec@mwvmlaw.com, white@mwvmlaw.com

Jesse Tyner Moore on behalf of Creditor Official Committee of Unsecured Creditors of
BullionDirect, Inc.
jmoore@dykema.com

Jesse Tyner Moore on behalf of Trustee Gregory S. Milligan, Trustee of the BullionDirect, Inc.
Litigation Trust
jmoore@dykema.com

William T. Peckham on behalf of Creditor Clinton C. Price
wpeckham@peckhamlawaustin.com, calexander@peckhamlawaustin.com

Michael J. Pledger on behalf of Creditor Christopher Lombardo
pledgerlaw@aol.com

Douglas J. Powell on behalf of Creditor David Emery
notices@swbell.net, dpowell@dougpowelllaw.com;ayana@dougpowelllaw.com

Peter C. Ruggero on behalf of Creditor Kazu Suzuki
peter@ruggerolaw.com

Stephen Matthew Schultz on behalf of Creditor Peter Lettang
stephen@tslf.com

Martin Warren Seidler on behalf of Creditor Gerard Barrack
marty@seidlerlaw.com, ecfseidlerlaw1@yahoo.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov