**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE:<br><br>BULLIONDIRECT, INC.<br>a/k/a BD, BDI AND B DIRECT, INC.,<br><br>DEBTOR. | § <br>§ CHAPTER 11<br>§<br>§ CASE NO. 15-10940-tmd<br>§<br>§<br>§ |

**WITNESS & EXHIBIT LIST FOR HEARING ON FIRST OMNIBUS OBJECTION TO CLAIMS BY TRUSTEE (WRONG AMOUNT, NOT SECURED, NO PRIORITY, DUPLICATE, LATE-FILED, AND/OR UNLIQUIDATED CLAIMS)**

PLEASE TAKE NOTICE of the following witnesses and exhibits that may be called and introduced into evidence (respectively) by Gregory S. Milligan, as trustee of the BullionDirect, Inc. Litigation Trust (the "Trustee") in relation to the *First Omnibus Objection to Claims by Trustee (Wrong Amount, Not Secured, No Priority, Duplicate, Late-Filed, And/Or Unliquidated Claims)*, filed July 16, 2018, Docket No. 292 (the "Omnibus Objection"), which is currently set for hearing on Monday, November 5, 2018 in the above-captioned bankruptcy case (the "Case")

PLEASE TAKE NOTICE that copies of all exhibits listed below are available both on the Court's docket for the Case and from the undersigned counsel for the Trustee upon request.

PLEASE TAKE NOTICE that the Trustee intends to ask the Court to take judicial notice of the filing in the Case of all exhibits listed below, including judicial notice of the contents of such exhibits as filed with the Court, pursuant to Federal Rule of Evidence 201.

### I. WITNESSES

A.  Gregory S. Milligan, trustee of the BullionDirect, Inc. Litigation Trust

### II. EXHIBITS

A.  *Order Confirming the Debtor's Chapter 11 Plan of Reorganization*, entered July 26, 2016, Docket No. 209

1

B.   *Trust Agreement*, Docket No. 193, filed June 30, 2016

C.   *First Omnibus Objection to Claims by Trustee (Wrong Amount, Not Secured, No Priority, Duplicate, Late-Filed, And/Or Unliquidated Claims)*, filed July 16, 2018, Docket No. 292

D.   *Certificate of Service for First Omnibus Objection to Claims by Trustee (Wrong Amount, Not Secured, No Priority, Duplicate, Late-Filed, and/or Unliquidated Claims)*, filed July 17, 2018, Docket No. 296

E.   *Supplemental Certificate of Service for First Omnibus Objection to Claims by Trustee (Wrong Amount, Not Secured, No Priority, Duplicate, Late-Filed, and/or Unliquidated Claims)*, filed July 19, 2018, Docket No. 297

F.   *Supplemental Certificate of Service for First Omnibus Objection to Claims by Trustee (Wrong Amount, Not Secured, No Priority, Duplicate, Late-Filed, and/or Unliquidated Claims)*, filed September 4, 2018, Docket No. 306

G.   *Notice of Hearing on First Omnibus Objection to Claims by Trustee (Wrong Amount, Not Secured, No Priority, Duplicate, Late-Filed, and/or Unliquidated Claims)*, filed September 25, 2018, Docket No. 309

H.   *Claims Register* for the Case

I.   *Disputed Claims* as defined and identified in the Omnibus Objection

J.   *Amended Schedule F*, filed September 18, 2015, Docket No. 249

K.   *Notice of Filing of Amended Order for First Omnibus Objection to Claims by Trustee (Wrong Amount, Not Secured, No Priority, Duplicate, Late-Filed, And/Or Unliquidated Claims)*, filed October 29, 2018, Docket No. 314

Respectfully submitted,

*/s/ Jesse T. Moore*
Jesse T. Moore
State Bar No. 24056001
Dykema Cox Smith
111 Congress Ave., Suite 1800
Austin, Texas 78701
Phone: 512-703-6325
Fax:  512-703-6399
Email: jmoore@dykema.com

**Counsel to Gregory S. Milligan, Trustee for the BullionDirect, Inc. Litigation Trust**

**Certificate of Service**

  I hereby certify that on October 30, 2018 I served a copy of this Notice via the Court's electronic case filing system to all parties receiving notice through such system as listed at the end of this document. I further certify that on October 30, 2018 I served a copy of this Notice via electronic mail to the holders of Disputed Claims who filed a response with the Court to the Omnibus Objection.

            */s/ Jesse T. Moore*
            Jesse T. Moore

Holders of Disputed Claims Responding to the Omnibus Objection:

| | |
|---|---|
| Michael Andrasek | airow2@att.net |
| Kenneth Scott Burns, Jr. | kscottburnsmd@hotmail.com |
| Atul Mehta | atu_l@hotmail.com |
| Pamela Phillips | onanewjourney@comcast.net |
| Wayne Swayda | wswayda@mindspring.com |
| Stephen Summers | stephen282@hotmail.com |

Electronic Case Filing Service List:

Steven B. Bass on behalf of Creditor United States of America
Steven.Bass@usdoj.gov, lori.wilson@usdoj.gov

Duane J. Brescia on behalf of Interested Party C. Jack Murph
duane.brescia@strasburger.com, donna.krupa@strasburger.com;
Kathryn.Alexander@strasburger.com; bkrtcynotices@strasburger.com

Duane J. Brescia on behalf of Interested Party Cheryl L. Huseman
duane.brescia@strasburger.com, donna.krupa@strasburger.com;
Kathryn.Alexander@strasburger.com; bkrtcynotices@strasburger.com

Kay D. Brock on behalf of Creditor Travis County
bkecf@traviscountytx.gov, kay.brock@traviscountytx.gov
Richard T. Chapman on behalf of Creditor Janak Law Firm
rchapman@andersonsmith.com, roxanne@andersonsmith.com; Jamie@andersonsmith.com

Richard T. Chapman on behalf of Creditor Julius De Roma
rchapman@andersonsmith.com, roxanne@andersonsmith.com;Jamie@andersonsmith.com

Richard T. Chapman on behalf of Creditor Linda Strande
rchapman@andersonsmith.com, roxanne@andersonsmith.com; Jamie@andersonsmith.com

Brent A. Devere on behalf of Creditor David Ray
bdevere512@aol.com

Kirstin K Dutcher on behalf of Creditor Chris Smelick
kkd@lawsonlaski.com, heo@lawsonlaski.com

Kirstin K Dutcher on behalf of Creditor Robert Smelick
kkd@lawsonlaski.com, heo@lawsonlaski.com

Jeffrey R. Erler on behalf of Creditor Diamond State Depository, LLC
jeff.erler@cottonteam.com, Melissa.harrocks@cottonteam.com

Jeffrey R. Erler on behalf of Creditor Dillon Gage Inc. of Dallas
jeff.erler@cottonteam.com, Melissa.harrocks@cottonteam.com

Lisa C. Fancher on behalf of Creditor Kirk Davis Mahon
lfancher@fbhg.law

Laura Marie Fontaine on behalf of Creditor Diamond State Depository, LLC
Laura@HedrickKring.com, Mckenzie@HedrickKring.com; Lori@HedrickKring.com; Britt@HedrickKring.com

Laura Marie Fontaine on behalf of Creditor Dillon Gage Inc. of Dallas
Laura@HedrickKring.com, Mckenzie@HedrickKring.com; Lori@HedrickKring.com; Britt@HedrickKring.com

James V. Hoeffner on behalf of Creditor Louis S McCann
jhoeffner@gdhm.com, bcumings@gdhm.com

Joseph D. Martinec on behalf of Debtor BullionDirect, Inc.
martinec@mwvmlaw.com, white@mwvmlaw.com

Jesse Tyner Moore on behalf of Creditor Official Committee of Unsecured Creditors of BullionDirect, Inc.
jmoore@dykema.com

Jesse Tyner Moore on behalf of Trustee Gregory S. Milligan, Trustee of the BullionDirect, Inc. Litigation Trust
jmoore@dykema.com

William T. Peckham on behalf of Creditor Clinton C. Price
wpeckham@peckhamlawaustin.com, calexander@peckhamlawaustin.com

Michael J. Pledger on behalf of Creditor Christopher Lombardo
pledgerlaw@aol.com

Douglas J. Powell on behalf of Creditor David Emery
notices@swbell.net, dpowell@dougpowelllaw.com;ayana@dougpowelllaw.com

Peter C. Ruggero on behalf of Creditor Kazu Suzuki
peter@ruggerolaw.com

Stephen Matthew Schultz on behalf of Creditor Peter Lettang
stephen@tslf.com

Martin Warren Seidler on behalf of Creditor Gerard Barrack
marty@seidlerlaw.com, ecfseidlerlaw1@yahoo.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov