**To:**                                                                                    November 14, 2018

United States Bankruptcy Court,

Homer J. Thornberry Federal Judicial Bldg.
903 San Jacinto Blvd., Suite 322
Austin, Texas 78701

**From:**

Dasaratha Chillale

4311 Addax Trl, Frisco, TX 75034

```
        FILED
       NOV 16 2018
    U.S. BANKRUPTCY COURT
    BY_____DEPUTY
```

**SUB**: Bankruptcy case No.: 15-10940-tmd

Sir/Madam:

I, Dasaratha Chillale, am one of the Creditors on the above mentioned Chapter 11 bankruptcy case that is handled by Judge Tony M.Davis at your court.

This is to inform you that my address has changed and I request you to please kindly update your records with my new home/mailing address as listed above. Please send any correspondence regarding this case to my address as listed above.

I appreciate your prompt attention in this matter.

Sincerely,

*[signature]*

(Dasaratha Chillale)