November 14, 2018

Clerk of the Court (Bankruptcy)

Homer J. Thornberry Federal Judicial Bldg.

903 San Jacinto Blvd.

Courtroom No. 1, 3rd Floor

Austin, Texas

Re: Case Number 15-10940 **Change of Address**

Dear Clerk:

This letter is to inform you of my change of address since filing original documents regarding this case. My new address is:

Gary L. Pippig

2645 Vartikian Ave

Clovis, CA 93611

Sincerely,

*Gary L. Pippig*
Gary L. Pippig

**FILED**
NOV 1 9 2018
U.S. BANKRUPTCY COURT
BY_____ DEPUTY