15-10940

William Rundell
380 N Washington Street
Waterloo, Indiana 46793

November 14,2018

Clerk of the Court,
Honorable Tony M. Davis,
United States Bankruptcy Judge, at the
Homer J. Thornberry Federal Judicial Bldg.,
903 San Jacinto Blvd.,
Courtroom No. 1, 3rd Floor,
Austin, Texas.

FILED
NOV 19 2018
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

Dear Sirs,
I am objecting to the settlement.

I sent a check to Bullion direct and never was the delivery sent.
Bullion direct was already under bankruptcy and should have never accepted the check. They cashed that check and never sent me my 20 Silver Eagles.

This is an outright case of Fraud and not bankruptcy.
I am requesting the full return on my money.

Sincerely yours,

William Rundell

William Rundell