IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re:

BULLION DIRECT, INC.

Debtor

} CHAPTER 11 CASE

CASE NO. 15-10940-TMD

**FILED**
NOV 29 2018
U.S. BANKRUPTCY COURT
BY_____DEPUTY

OBJECTION TO TRUSTEE'S MOTION FOR AN ORDER APPROVING DISTRIBUTIONS TO GENERAL UNSECURED CREDITORS AND DISPOSITION OF UNCLAIMED FUNDS

General unsecured creditor Michael Urban hereby objects to the Trustee's Motion for an Order Approving Distributions to General Unsecured Creditors and Disposition of Unclaimed Funds, and as the basis for such objection alleges as follows:

1. On page 111 of the Proposed Order submitted by the Trustee in connection with his motion, the amount of my general unsecured claim is listed as $1,103.60.

2. Pursuant to an exchange of e-mails with the Trustee and his counsel in July 2018 (copies of which are attached as Exhibit A), the correct, agreed upon, amount of my general unsecured claim is $5,878.13.

Wherefore, I pray that the Court determine that Trustee's motion be denied, unless and until the Proposed Order granting such motion is revised to reflect the correct amount of my claim, and for such other and further relief as the Court shall deem appropriate.

Dated: November 21, 2018         (Signed) _____
                                 Michael Urban, Creditor
                                 1276 N. Wayne St. #304
                                 Arlington, VA 22201
                                 (202) 414-1716

**Re: Bullion Direct**

1 message

EXHIBIT A

**Michael Urban (US - TAX)** <michael.urban@pwc.com>     Tue, Jul 24, 2018 at 1:07 PM
To: "Moore, Jesse" <JMoore@dykema.com>
Cc: Gregory Milligan <gmilligan@bulliondirecttrust.com>

Yes, that would be fine. I agree to an unsecured claim of $5,878.13. Thanks.

Michael A. Urban
Managing Director
Managing Accounts Team / Tax Controversy and Regulatory Services Team
600 13th Street NW, Suite 1000
Washington, DC 20005
Tel. No. (202) 414-1716
Fax No. (813) 281-6636

On Tue, Jul 24, 2018 at 12:25 PM, Moore, Jesse <JMoore@dykema.com> wrote:

> Hello Mr. Urban—Thanks for the e-mail.
>
> Please accept my apologies—in drafting the objection I was going off the schedules filed by the debtor BullionDirect, and those schedules listed certain creditors like you in multiple different places. For instance, your cash claim for $4,774.53 was on page 13 of 259 and your product claim for $1,103.60 was back on page 236 of 259. I missed your cash claim. The list of potentially wrong claims we received from BullionDirect incorrectly identified a number of claims as incorrect based on this problem. I reviewed all of the disputed claims before filing the objection for this issue and caught & corrected a number of these mistakes but missed this for you (and probably another creditor or two, trying to be reasonably thorough while keeping time down.)
>
> We would like to resolve your objection by agreeing to an unsecured claim of $5,878.13, which is the total of these two amounts on the schedules. If that is acceptable please just send me a reply confirming that and I will ensure that the order we submit to the Court reflects this agreement. You should keep this e-mail for your records. Happy to discuss any of this if needed. Thank you—Jesse
>
> **From:** Michael Urban (US - TAX) [mailto:michael.urban@pwc.com]
> **Sent:** Tuesday, July 24, 2018 10:50 AM
> **To:** Moore, Jesse
> **Subject:** Bullion Direct
>
> Mr. Moore -- I am one of the creditors whose claim was objected to (after confirmation of the plan) by the trustee on the basis that I claimed the wrong amount.
>
> My claim is #204 for $5,955.53. From reading the objection there seems to be a basic misunderstanding of the nature/elements of my claim. At the time the petition was filed I had only one ounce of gold in the debtor's vault. I included that in my claim at a value of $1181, but don't have a problem with reducing that to $1103.60.

However in May 2015 I sold 4 ounces of gold through the website but never received the proceeds. I included confirmations of each of those transactions in my proof of claim. Since I assume cash should be valued as cash, I included the net sales proceeds (i.e., minus commissions) in my claim.

In light of the foregoing I would appreciate it if you and the trustee would reconsider his objection to my claim. Otherwise I will be submitting a response to the court. I am an attorney licensed in the state of NY and from 1984 to 1990 I was a Special Assistant United States Attorney who represented the IRS in bankruptcy court in the Southern and Eastern districts of Texas.

Thank you for your time and consideration.

Michael A. Urban

Managing Director

Managing Accounts Team / Tax Controversy and Regulatory Services Team

600 13th Street NW, Suite 1000

Washington, DC 20005

Tel. No. (202) 414-1716

Fax No. (813) 281-6636

The content of this email is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potential application of tax penalties to this or any other matter.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership. This communication may come from PricewaterhouseCoopers LLP or one of its subsidiaries.

## Dykema Cox Smith

| **Jesse T. Moore** | 512-703-6325 Direct | 111 Congress Avenue, Suite 1800 |
| Attorney | 512-703-6300 Main | Austin, Texas 78701 |
| JMoore@dykema.com | 866-520-9427 Fax | www.dykema.com |

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document and the related Exhibit were this date served upon the Trustee and his counsel by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known addresses as follows:

Gregory S. Milligan, Trustee
P.O. Box 90099
Austin, TX 78709

Jesse T. Moore
Dykema Gossett, PLLC
111 Congress Ave., Suite 1800
Austin, TX 78701

Dated: November 21, 2018            (Signed) _____
                                    Michael Urban, Creditor
                                    1276 N. Wayne St. #304
                                    Arlington, VA 22201
                                    (202) 414-1716