IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § § | CHAPTER 11 CASE |
| BULLION DIRECT, INC. | § § | CASE NO. 15-10940-TMD |
| Debtor. | § § § | |

**WITNESS & EXHIBIT LIST FOR HEARING ON MOTION FOR ORDER APPROVING DISTRIBUTIONS TO GENERAL UNSECURED CREDITORS AND DISPOSITION OF UNCLAIMED FUNDS**

PLEASE TAKE NOTICE that Gregory S. Milligan, trustee (the "Trustee") of the BullionDirect, Inc. Litigation Trust, intends to introduce the following witnesses and exhibits for the hearing on *Motion for an Order Approving Distributions to General Unsecured Creditors and Disposition of Unclaimed Funds*, which was filed in the above-captioned main bankruptcy case (the "Case") on November 8, 2018, Docket No. 318 (the "Distribution Motion"):

## WITNESSES

1. Gregory S. Milligan
2. Any witnesses called by any other party-in-interest or listed by such party as a potential witness
3. Any witnesses need for rebuttal or impeachment purposes

## EXHIBITS

PLEASE TAKE FURTHER NOTICE that the Trustee intends to seek admission of all of the following exhibits by judicial notice pursuant to Federal Rule of Evidence 201.

1. *Order Confirming the Debtor's Chapter 11 Plan of Reorganization*, entered July 26, 2016, Docket No. 209
2. *Trust Agreement*, Docket No. 193, filed June 30, 2016
3. *Motion for an Order Approving Distributions to General Unsecured Creditors and Disposition of Unclaimed Funds*, filed November 8, 2018, Docket No. 318

4. *Amended Schedule F*, filed September 18, 2015, Docket No. 249

5. *Claims Register* for the Case as of December 10, 2018

6. *Order Sustaining First Omnibus Objection to Claims by Trustee (Wrong Amount, Not Secured, No Priority, Duplicate, Late-Filed, and/or Unliquidated Claims)*, entered November 8, 2018, Docket No. 316

7. *Order Approving Form and Manner of Notice for Motion for Approval of Distributions to General Unsecured Creditors and Disposition of Unclaimed Funds*, entered on November 8, 2018, Docket No. 317

8. *Supplemental Certificate of Service for Motion for an Order Approving Distributions to General Unsecured Creditors and Disposition Of Unclaimed Funds*, filed December 10, 2018, Docket No. 327.

9. Exhibit A to *Notice of Filing of Amended Order Approving Distributions to General Unsecured Creditors and Disposition of Unclaimed Funds*, filed December 10, 2018, Docket No. 328.

10. Case Docket as of December 10, 2018

11. *Objection to Distribution Motion by Mr. Urban*, Docket No. 325

12. *Objection to Distribution Motion by Mr. Mendez*, Docket No. 324

13. *Objection to Distribution Motion by Mr. Janes*, Docket No. 326

14. *Certificate of Service of Notice of Meeting of Creditors*, filed July 31, 2015, Docket No. 25

15. *Order Extending Deadline for Filing Proofs of Claim by Creditors to January 25, 2016*, entered September 15, 2015, Docket No. 96.

16. *Certificate of Service of Order Extending Deadline for Filing Proofs of Claim by Creditors to January 25, 2016*, filed September 15, 2015, Docket No. 97

17. *Certificate of Service of Debtor's Disclosure Statement and Plan*, filed June 16, 2016, Docket No. 189

18. *Notice of Effective Date*, filed August 23, 2016, Docket No. 224

19. Any exhibits introduced or used by any other party-in-interest or listed by such party as a potential exhibit

20. Any exhibits needed for rebuttal or impeachment purposes

Respectfully submitted this 10th day of December 2018.

>*/s/ Jesse T. Moore*
>Jesse T. Moore
>State Bar No. 24056001
>Dykema Gossett, PLLC
>111 Congress Ave., Suite 1800
>Austin, Texas 78701
>Phone: 512-703-6325
>Fax: 512-703-6399
>Email: jmoore@dykema.com
>
>***Counsel to Gregory S. Milligan, Trustee for the BullionDirect, Inc. Litigation Trust***