IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § § | CHAPTER 11 CASE |
| BULLION DIRECT, INC. | § § | CASE NO. 15-10940-TMD |
| Debtor. | § § § | |

NOTICE OF INTENT TO DESTROY BOOKS AND RECORDS
OF DEBTOR IN 30 DAYS

**TO ALL CREDITORS AND PARTIES-IN-INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Gregory S. Milligan is the Trustee (the "Trustee") of the BullionDirect, Inc. Litigation Trust (the "Trust").

2. The above-captioned bankruptcy case (the "Case") of BullionDirect, Inc. (the "Debtor") was commenced on July 20, 2015.

3. The Bankruptcy Court confirmed a chapter 11 plan (the "Plan") by order entered July 26, 2016 that transferred the remaining assets of the Debtor to the Trust and appointed the Trustee to manage this Trust.

4. All Trust assets have been administered. Final distributions have been made by the Trustee.

5. Pursuant to the Plan and the related agreement establishing the Trust, the Trustee is free to dispose of the books and records of the Debtors pursuant to applicable non-bankruptcy law without the need for any further Bankruptcy Court order. However, out of an abundance of caution, the Trustee is hereby providing notice of his intention to destroy these records of the Debtor. **The Trustee will commence destruction of the records on or after April 12, 2019.**

6. The various books and records of, and documents related to, the Debtor that have been located have been reviewed multiple times by, among others, the Trustee and counsel for the Trustee. The books and records were produced in discovery in connection with the litigation of claims by the Trustee. No other parties have come forward to review the documents.

7. Any creditor or party in interest with a legitimate need to do so that wishes to review the books and records of the Debtor must do so before April 10, 2019, upon reasonable notice and written request to the undersigned counsel for the Trustee. After April 12, 2019, the books and records of the Debtor will be destroyed.

4821-5089-7795.1
113788\000001
03/13/2019 5:08 PM

8. This notice relates only to the books and records of the Debtor generated by the Debtor prior to the commencement of its Case. The Trustee will retain the records generated by the Trust for one year following the closing of the Case.

Dated: March 13, 2019.

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Patrick L. Huffstickler*
Patrick L. Huffstickler
State Bar No. 10199250
phuffstickler@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)
*Counsel to Gregory S. Milligan, Trustee for the BullionDirect, Inc. Litigation Trust*

**Certificate of Service**

I hereby certify that on March 13, 2019 I served a copy of this Notice via electronic mail to the parties listed below and via the Court's electronic case filing system to all parties receiving notice through such system as listed at the end of this document.

*/s/ Patrick L. Huffstickler*
Patrick L. Huffstickler

E-mail Service List:
Duane Brescia, counsel for Platform Universe, Jack Murph, and Cheryl Huseman: duane.brescia@strasburger.com

James Ardoin and Tiffany Raush, counsel for Charles McAllister: jardoin@joneswalker.com and dan.guess@usdoj.gov

Daniel Guess and Matt Harding, Asst. United States Attorneys: dan.guess@usdoj.gov and matt.harding@usdoj.gov

Jane Auxter and Jo Mettenburg, counsel for the Commodities Futures Trading Commission: aauxter@cftc.gov and jmettenburg@cftc.gov

Electronic Case Filing Service List:
Steven B. Bass on behalf of Creditor United States of America
Steven.Bass@usdoj.gov, lori.wilson@usdoj.gov

Duane J. Brescia on behalf of Interested Party C. Jack Murph
duane.brescia@strasburger.com, donna.krupa@strasburger.com;
Kathryn.Alexander@strasburger.com; bkrtcynotices@strasburger.com

Duane J. Brescia on behalf of Interested Party Cheryl L. Huseman
duane.brescia@strasburger.com, donna.krupa@strasburger.com;
Kathryn.Alexander@strasburger.com; bkrtcynotices@strasburger.com

Kay D. Brock on behalf of Creditor Travis County
bkecf@traviscountytx.gov, kay.brock@traviscountytx.gov
Richard T. Chapman on behalf of Creditor Janak Law Firm
rchapman@andersonsmith.com, roxanne@andersonsmith.com; Jamie@andersonsmith.com

Richard T. Chapman on behalf of Creditor Julius De Roma
rchapman@andersonsmith.com, roxanne@andersonsmith.com;Jamie@andersonsmith.com

Richard T. Chapman on behalf of Creditor Linda Strande
rchapman@andersonsmith.com,  roxanne@andersonsmith.com; Jamie@andersonsmith.com

Brent A. Devere on behalf of Creditor David Ray
bdevere512@aol.com

Kirstin K Dutcher on behalf of Creditor Chris Smelick
kkd@lawsonlaski.com, heo@lawsonlaski.com

Kirstin K Dutcher on behalf of Creditor Robert Smelick
kkd@lawsonlaski.com, heo@lawsonlaski.com

Jeffrey R. Erler on behalf of Creditor Diamond State Depository, LLC
jeff.erler@cottonteam.com, Melissa.harrocks@cottonteam.com

Jeffrey R. Erler on behalf of Creditor Dillon Gage Inc. of Dallas
jeff.erler@cottonteam.com, Melissa.harrocks@cottonteam.com

Lisa C. Fancher on behalf of Creditor Kirk Davis Mahon
lfancher@fbhg.law

Laura Marie Fontaine on behalf of Creditor Diamond State Depository, LLC
Laura@HedrickKring.com, Mckenzie@HedrickKring.com; Lori@HedrickKring.com;
Britt@HedrickKring.com

Laura Marie Fontaine on behalf of Creditor Dillon Gage Inc. of Dallas
Laura@HedrickKring.com, Mckenzie@HedrickKring.com; Lori@HedrickKring.com; Britt@HedrickKring.com

James V. Hoeffner on behalf of Creditor Louis S McCann
jhoeffner@gdhm.com, bcumings@gdhm.com

Joseph D. Martinec on behalf of Debtor BullionDirect, Inc.
martinec@mwvmlaw.com, white@mwvmlaw.com

William T. Peckham on behalf of Creditor Clinton C. Price
wpeckham@peckhamlawaustin.com, calexander@peckhamlawaustin.com

Michael J. Pledger on behalf of Creditor Christopher Lombardo
pledgerlaw@aol.com

Douglas J. Powell on behalf of Creditor David Emery
notices@swbell.net, dpowell@dougpowelllaw.com;ayana@dougpowelllaw.com

Peter C. Ruggero on behalf of Creditor Kazu Suzuki
peter@ruggerolaw.com

Stephen Matthew Schultz on behalf of Creditor Peter Lettang
stephen@tslf.com

Martin Warren Seidler on behalf of Creditor Gerard Barrack
marty@seidlerlaw.com, ecfseidlerlaw1@yahoo.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov