**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | | | |
|---|---|---|---|---|
| IN RE: | § | | | |
| | § | | | |
| BullionDirect, Inc. | § | **CASE NO.** | 15-10940-TMD | |
| | § | **CHAPTER 11** | | |
| DEBTOR | § | | | |

**CHAPTER 11 POST-CONFIRMATION REPORT**
**FOR THE QUARTER ENDING 03/31/19**

1. *XXX* Quarterly   or   _____Final (check one)

2. SUMMARY OF DISBURSEMENTS:

   A. Disbursements* made under the plan and Liquidating Trust Agreement (itemize on page 4)  **$        26,979.16**
   B. Disbursements not under the plan                                                        **$              -**

            Total Disbursements                                              **$        26,979.16**

   *ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR UNDER THE PLAN OR
   OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE
   OF CALCULATING THE QUARTERLY FEES.

3   Has the order confirming plan become final?            *XXX* Yes       ___ No
4   Are Plan payments being made as required under the Plan?    *XXX* Yes       ___ No
5   If "No", what Plan payments have not been made and why?
    Please explain:

6   If plan payments have not yet begun, when will the first plan payment be made?          *Unknown*

7   What date did the reorganized debtor or successor of the debtor under the plan assume the business or
    management of the property treated under the plan?    *The Trust Agreement appointing the Trustee was dated as of 07/26/16.*

8   Please describe any factors which may materially affect your ability to obtain a final decree at this time.
    *The final distribution to creditors has been made.  Once the 90-period passes for creditors to cash*
    *their distribution checks, unclaimed funds will be paid into the Registry of the Court and*
    *a Motion for Entry of Final Decree will be filed with the Court.*

9   Complete the form for Plan Disbursements attached.
10  CONSUMMATION OF PLAN:
    A. If this is a final report, has an application for Final Decree been submitted?
       *N/A*   Yes - Date application was submitted
       *N/A*   No  Date when application will be submitted
    B. Estimated Date of Final Payment Under Plan          *01/31/19*

| | |
|---|---|
| INITIALS _____ | |
| DATE _____ | |
| UST USE ONLY | |

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND
    CORRECT TO THE BEST OF MY KNOWLEDGE.

    SIGNED: _Gregory S. Milligan_          DATE:          April 8, 2019
    Gregory S. Milligan, Trustee

**IN RE:** §

§            **CASE NO.**

BullionDirect, Inc. §           15-10940-TMD

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | $ 35,920.37 | $ - |
| RECEIPTS | $ - | $ 1,250,886.97 |
| DISBURSEMENTS | | |
| LEGAL | $ 10,964.77 | $ 481,233.81 |
| ACCOUNTING | $ 1,519.18 | $ 13,196.92 |
| U. S. TRUSTEE | $ 4,875.00 | $ 15,599.85 |
| OTHER (attach list) | $ 9,620.21 | $ 930,222.26 |
| TOTAL PLAN PAYMENTS (page 1 and page 4) | $ - | $ - |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | $ 26,979.16 | $ 1,440,252.84 |
| NET CASH FLOW | $ (26,979.16) | $ (189,365.87) |
| CASH-END OF QUARTER | $ 8,941.21 | |

**QUARTER ENDING:**     **3/31/2019**

**CASH ACCOUNT RECONCILIATION FOR ALL FUNDS**

| | Jan 2019 | Feb 2019 | Mar 2019 | Total |
|---|---|---|---|---|
| Bank Balance | $ 15,425.86 | $ 13,683.96 | $ 8,941.21 | $ 8,941.21 |
| Deposit in Transit | $ - | $ - | $ - | $ - |
| Outstanding Checks | $ - | $ - | | $ - |
| Adjusted Balance | $ 15,425.86 | $ 13,683.96 | $ 8,941.21 | $ 8,941.21 |
| Beginning Cash-Per Books | $35,920.37 | $ 15,425.86 | $ 13,683.96 | $ 35,920.37 |
| Receipts | $ - | $ - | $ - | $ - |
| Checks/Other Disbursements | $ 20,494.51 | $ 1,741.90 | $ 4,742.75 | $ 26,979.16 |
| Ending Cash-Per Books | $ 15,425.86 | $ 13,683.96 | $ 8,941.21 | $ (26,979.16) |
| | | | | Net Cash Flow |

**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**

| | Jan 2019 | Feb 2019 | Mar 2019 | Total |
|---|---|---|---|---|
| Beginning Cash | $ 35,920.37 | $ 15,425.86 | $ 13,683.96 | $ 35,920.37 |
| Total Receipts | $ - | $ - | $ - | $ - |
| Total Disbursements | $ 20,494.51 | $ 1,741.90 | $ 4,742.75 | $ 26,979.16 |
| Ending Cash | $ 15,425.86 | $ 13,683.96 | $ 8,941.21 | $ (26,979.16) |
| | | | | Net Cash Flow |

| IN RE: | § | |
|---|---|---|
| **Debtor Name** | § | CASE NO. |
| BullionDirect, Inc. | § | 15-10940-TMD |

## PAYMENTS TO CREDITORS UNDER THE PLAN

| | CLASS OF CREDITOR | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|
| **CREDITOR** | | | |
| CubeSmart #751 | Trust | $ 555.00 | $ 6,079.31 |
| Gregory S. Milligan, Trustee | Trust | $ - | $ 75,164.30 |
| secured rental leases | Trust | $ - | $ 9,850.05 |
| Zayo Group, LLC | Trust | | $ 837.08 |
| First National Bank - Vinita (Service Fee) | Trust | $ 670.76 | $ 16,067.33 |
| Travis County Tax Office | Trust | $ - | $ 27,335.00 |
| U.S. Trustee | Trust | $ 4,875.00 | $ 15,599.85 |
| Unique Strategies Group, Inc. | Trust | | $ 144,709.70 |
| Document prep | Trust | | $ 8,500.00 |
| Dr. Louis McCann | Trust | | $ 1,956.82 |
| Legal - Martinec, Winn & Vickers PC | Trust | | $ 167,680.66 |
| Legal - Dykema Cox Smith | Trust | $ 10,964.77 | $ 219,594.01 |
| Legal - George, Brothers, Kincaid & Horton, LLP | Trust | $ - | $ 18,814.12 |
| Legal - John W. Thomas | Trust | $ - | $ 75,145.02 |
| Groff & Rothe, CPA | Trust | $ 1,519.18 | $ 4,696.92 |
| Nsite Solutions | Trust | | $ 125.00 |
| Netris, LLC | Trust | $ - | $ 619.19 |
| North American Credit Services | Trust | $ 8,143.70 | $ 642,265.23 |
| Usable Systems | Trust | $ - | $ 2,962.50 |
| Felicia Scott | Trust | $ 250.75 | $ 250.75 |
| R3 Digital Forensics | Trust | $ - | $ 2,000.00 |
| **TOTAL PLAN PAYMENTS:** | | $ 26,979.16 | $ 1,440,252.84 |