Revised *01/2019*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

FILED
Application (1)
JUL 18 2019
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

IN RE:

| BULLION DIRECT, INC. | 15-10940-TMD |
|---|---|
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Kittredge Stephenson

PHONE NUMBER: 713.582.1248    LAST FOUR DIGITS OF SOCIAL SECURITY NO: 7394

MAILING ADDRESS: 730 North Post Oak Road

Suite 301

CITY: Houston    STATE: TX    ZIP: 77024

and that a dividend in the amount of $ 550.68 was awarded in this case to the claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 7/12/19

_____
Claimant's Signature

State of Texas
County of Harris
Subscribed and sworn to before me this 12 day of July, 2019.

_____
Notary Public

My commission expires: May 3, 2020

Mail to:  United States Bankruptcy Court
          Attn: Financial Administrator
          615 E. Houston, Suite 546
          San Antonio, TX  78205



SCOTT SHIPLEY
Notary ID # 128976394
My Commission Expires
May 3, 2020

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

**IN RE:**

| | | |
|---|---|---|
| Bullion Direct, Inc. | § § § § § § § § | 15-10940-TMD |
| | | Chapter 11 |
| Debtor(s) | | Bankruptcy Case No. |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 11TH day of July, 20 19, a copy of the APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS, and all related attachments, was served on the United States Attorney for the Western District of Texas at the following address:

⦿ Austin Division
US Attorney
Frost Bank Plaza
816 Congress, Suite 1000
Austin, TX 78701

○ El Paso Division
US Attorney
US Courthouse
700 E. San Antonio, Suite 200
El Paso, TX 79901

○ San Antonio Division
US Attorney
601 NW Loop 410, Suite 600
San Antonio, TX 78216

○ Waco Division
US Attorney
800 Franklin Ave, Suite 280
Waco, TX 76701

○ Midland Division
US Attorney
400 W. Illinois Street, Suite 1200
Midland, TX 79701

Dated: 7/11/2019          By: [signature]