**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 31, 2019.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CHAPTER 11 |
| BULLIONDIRECT, INC. § | |
| a/k/a BD, BDI AND B DIRECT, INC., § | CASE NO. 15-10940-tmd |
| § | |
| DEBTOR. § | |
| § | |

### ORDER GRANTING MOTION BY TRUSTEE FOR FINAL DECREE

The court has considered the *Motion by Trustee for Final Decree* filed by Gregory S. Milligan, as Trustee (the "Trustee") of the BullionDirect, Inc. Litigation Trust (the "Trust"), seeking entry of an order and final decree under Section 350 of title 11 of the United States Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure closing the above-captioned bankruptcy case (the "Case"). After considering the Motion and the Court's records in the Case, the Court finds that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary. Also, after due deliberation on the Motion and consideration of the Court's records, the Court finds that good and sufficient cause

113788.000001 4833-9990-9769.1 7/3/2019 (9:21 AM)

exists to grant the Motion. Additionally, the Court specifically finds that the Estate in the Case has been fully administered and a Final Decree closing the Case should be entered.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED in all respects.

2. Pursuant to 11 U.S.C. § 350, this is the Court's Final Decree with respect to the Case and the Case is hereby closed effective as of the date of entry of this Order.

###

Prepared and Submitted By:

Patrick L. Huffstickler
State Bar No. 10199250
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)
phuffstickler@dykema.com

*Counsel to Gregory S. Milligan, Trustee for the BullionDirect, Inc. Litigation Trust*