

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 04, 2020.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### AUSTIN Division

IN RE: **BullionDirect, Inc.**, Debtor(s)      Case No.: 15–10940–tmd

## ORDER DENYING PAYMENT
## OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

    NAME:      GIRISH VAZZALWAR
    ADDRESS:      4426 ANGELICO LN
                         ROUND ROCK, TX 78681

Claimant, for payment of a dividend from unclaimed funds in the amount of $.

The court orders the application be DENIED for the following reason(s):

☐   1. There are no monies being held for this Claimant.

☐   2. Monies have already been disbursed.
                                     Date funds were paid:
                                     Per court order signed:
                                     Schedule Number:
                                     Paid to:

☐   3. Money amount being claimed for distribution is different than the financial records reflect.

☑   4. Other: No amount is being claimed on the notarized application.

                                                         ###